**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| ALPHA PHI ALPHA FRATERNITY INC. et al., | CIVIL ACTION FILE NO. 1:21-CV-5337-SCJ |
| Plaintiffs, | |
| v. | |
| BRAD RAFFENSPERGER, in his official capacity as Secretary of State of Georgia, | |
| Defendant. | |
| COAKLEY PENDERGRASS et al., | CIVIL ACTION FILE NO. 1:21-CV-5339-SCJ |
| Plaintiffs, | |
| v. | |
| BRAD RAFFENSPERGER, in his official capacity as the Georgia Secretary of State, et al., | |
| Defendants. | |
| ANNIE LOIS GRANT et al., | CIVIL ACTION FILE NO. 1:22-CV-122-SCJ |
| Plaintiffs, | |
| v. | |
| BRAD RAFFENSPERGER, in his official capacity as the Georgia Secretary of State, et al., | |
| Defendants. | |

## JOINT STATUS REPORT

The parties in the above-captioned cases submit this joint status report in response to the Court's order of July 27, 2022.[*]

*First*, in response to the Court's request for "the current posture of the litigation," the parties report that, pursuant to the Court's previously issued scheduling order of February 28, 2022, they are currently undertaking fact discovery.

*Second*, in response to the Court's query as to whether "the parties will be prepared to proceed to trial either in late April or the month of May, 2023," the parties report that they can be prepared for trial during that period if the Court desires that schedule. If the Court wishes to facilitate a trial in late April or May, the parties respectfully propose the following joint schedule:

| Event | Previously Scheduled Date | Proposed New Date |
|---|---|---|
| Deadline for Plaintiffs' and Defendants' expert disclosures (reports) | December 5, 2022 | October 14, 2022 |
| Deadline for rebuttal expert disclosures (reports) | January 23, 2023 | November 11, 2022 |

---

[*] In the interest of judicial economy, the parties submit a single joint status report in each of the three above-captioned cases. The submission of a single report does not imply or reflect any intention to request consolidation of these cases under Federal Rule of Civil Procedure 42 or otherwise.

2

| Event | Previously Scheduled Date | Proposed New Date |
|---|---|---|
| Deadline to complete expert discovery and close of discovery | February 17, 2023 | December 21, 2022 |
| Deadline to file motions for summary judgment | March 20, 2023 | January 20, 2023 |
| Deadline to file responses to motions for summary judgment | April 19, 2023 | February 17, 2023 |
| Deadline to file replies in support of motions for summary judgment | May 3, 2023 | March 3, 2023 |
| Hearing on motions for summary judgment (if deemed necessary by the Court) | To be set by the Court ||
| Proposed Consolidated Pretrial Order Due (*if applicable*) | Due 30 days after the close of discovery or entry of the Court's rulings on the motions for summary judgment ||
| Deadline to file *Daubert* motions (*if applicable*) | On the last day to submit pretrial order ||
| Deadline to file motions in limine (*if applicable*) | On the last day to submit pretrial order ||
| Deadline to request amendment to the pretrial order to include amended pretrial stipulations, exhibits, witness lists (*if applicable*) | 30 days before trial date ||
| Trial date (*if applicable*) | To be set by the Court | April/May 2023 |

Additionally, Defendants note that they will be raising compliance with Section 2 as a defense to the racial gerrymandering claims raised in the three-judge cases of *Ga. State Conf. of the NAACP* (Case No. 1:21-cv-5338-ELB-SCJ-SDG) and *Common Cause* (Case No. 1:22-cv-00090-ELB-SCJ-SDG). The interconnected nature of the defenses and the claims in those cases make two separate trials more burdensome for Defendants and having a bifurcated trial with a portion before this Court and a portion before the three-judge panel may be the best way to proceed. Thus, while Defendants jointly propose the above schedule with Plaintiffs, Defendants continue to believe that the existing schedule best facilitates the resolution of all of the cases regarding the Georgia redistricting plans.

Defendants further note that, while the U.S. Supreme Court has set argument in *Merrill v. Milligan* for October 4, 2022, Defendants believe it will be best for judicial economy and the use of the parties' resources for the Court to have the benefit of that decision before ruling on summary judgment or at least before ruling on the trial on the merits.

In response, Plaintiffs believe that, consistent with their position and proposed schedule as articulated in the parties' Rule 16 joint preliminary report and discovery plans, a trial date in Spring 2023 will mitigate any *Purcell* concerns that might be otherwise raised by Defendants. A trial in late April or May of next year will ensure

sufficient time to resolve this case, including the drawing of any remedial plans and any stay briefing, before the 2024 election calendar begins.

Moreover, because a favorable ruling on Plaintiffs' Section 2 claims might obviate the need to proceed to trial on the pending racial gerrymandering claims, an earlier trial date would also serve the interest of judicial economy.

Finally, any issues related to the U.S. Supreme Court's decision in *Merrill* could be resolved by undertaking post-trial briefing or other limited proceedings after the *Merrill* opinion is issued.

Dated: August 2, 2022

By **Adam M. Sparks**
Joyce Gist Lewis
Georgia Bar No. 296261
Adam M. Sparks
Georgia Bar No. 341578
**KREVOLIN & HORST, LLC**
One Atlantic Center
1201 West Peachtree Street, NW,
Suite 3250
Atlanta, Georgia 30309
Telephone: (404) 888-9700
Facsimile: (404) 888-9577
Email: JLewis@khlawfirm.com
Email: Sparks@khlawfirm.com

Kevin J. Hamilton*
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101
Phone: (206) 359-8000
Facsimile: (206) 359-9000
Email: KHamilton@perkinscoie.com

Respectfully submitted,

Abha Khanna*
Jonathan P. Hawley*
**ELIAS LAW GROUP LLP**
1700 Seventh Avenue, Suite 2100
Seattle, Washington 98101
Phone: (206) 656-0177
Facsimile: (206) 656-0180
Email: AKhanna@elias.law
Email: JHawley@elias.law

Daniel C. Osher*
Christina A. Ford*
Graham W. White*
Michael B. Jones
Georgia Bar No. 721264
**ELIAS LAW GROUP LLP**
10 G Street NE, Suite 600
Washington, D.C. 20002
Phone: (202) 968-4490
Facsimile: (202) 968-4498
Email: DOsher@elias.law
Email: CFord@elias.law
Email: GWhite@elias.law
Email: MJones@elias.law

*Counsel for the* Pendergrass *and* Grant
*Plaintiffs*

*Admitted *pro hac vice*

6

Dated: August 2, 2022

Respectfully submitted,

By: /s/ *Rahul Garabadu*
Rahul Garabadu (Bar 553777)
*rgarabadu@acluga.org*
ACLU FOUNDATION OF
GEORGIA, INC.
P.O. Box 77208
Atlanta, Georgia 30357
Telephone: (678) 981-5295
Facsimile: (770) 303-0060

/s/ *Debo Adegbile*
Debo Adegbile*
*debo.adegbile@wilmerhale.com*
Robert Boone*
*robert.boone@wilmerhale.com*
Alex W. Miller*
*alex.miller@wilmerhale.com*
Cassandra Mitchell*
*cassandra.mitchell@wilmerhale.com*
Abigail Shaw*
*abby.shaw@wilmerhale.com*
Maura Douglas*
*maura.douglas@wilmerhale.com*
Samuel E. Weitzman*
*samuel.weitzman@wilmerhale.com*
WILMER CUTLER PICKERING
HALE AND DORR LLP
250 Greenwich Street
New York, New York 10007
Telephone: (212) 230-8800
Facsimile: (212) 230-8888

Charlotte Geaghan-Breiner*
*charlotte.geaghan-
breiner@wilmerhale.com*

/s/ *Sophia Lin Lakin*
Sophia Lin Lakin*
*slakin@aclu.org*
Ari J. Savitzky*
*asavitzky@aclu.org*
Jennesa Calvo-Friedman*
*jcalvo-friedman@aclu.org*
ACLU FOUNDATION
125 Broad Street, 18th Floor
New York, New York 10004
Telephone: (212) 519-7836
Facsimile: (212) 549-2539

George P. Varghese*
*george.varghese@wilmerhale.com*
Denise Tsai*
*denise.tsai@wilmerhale.com*
Tae Kim*
*tae.kim@wilmerhale.com*
WILMER CUTLER PICKERING HALE
AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

Anuradha Sivaram*
*anuradha.sivaram@wilmerhale.com*
Ed Williams*
*ed.williams@wilmerhale.com*
De'Ericka Aiken*
*ericka.aiken@wilmerhale.com*
Ayana Williams*
*ayana.williams@wilmerhale.com*
WILMER CUTLER PICKERING HALE
AND DORR LLP

7

WILMER CUTLER PICKERING
HALE AND DORR LLP
2600 El Camino Real
Suite 400
Palo Alto, CA 94306
(650) 858-6000 (t)
(650) 858-6100 (f)

1875 Pennsylvania Ave. NW
Washington, D.C. 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

*Counsel for the Alphi Phi Alpha Plaintiffs*

*Admitted pro hac vice

Christopher M. Carr
Attorney General
Georgia Bar No. 112505
Bryan K. Webb
Deputy Attorney General
Georgia Bar No. 743580
Russell D. Willard
Senior Assistant Attorney General
Georgia Bar No. 760280
Charlene McGowan
Assistant Attorney General
Georgia Bar No. 697316
**State Law Department**
40 Capitol Square, S.W.
Atlanta, Georgia 30334

*/s/Bryan P. Tyson*
Bryan P. Tyson
Special Assistant Attorney General
Georgia Bar No. 515411
btyson@taylorenglish.com
Frank B. Strickland
Georgia Bar No. 678600
fstrickland@taylorenglish.com
Bryan F. Jacoutot
Georgia Bar No. 668272
bjacoutot@taylorenglish.com
Loree Anne Paradise
Georgia Bar No. 382202
lparadise@taylorenglish.com
**Taylor English Duma LLP**
1600 Parkwood Circle
Suite 200
Atlanta, Georgia 30339
(678) 336-7249

*Counsel for Defendants*

9

## <u>CERTIFICATE OF COMPLIANCE</u>

I hereby certify that the foregoing **Joint Status Report** has been prepared in accordance with the font type and margin requirements of LR 5.1, NDGa, using font type of Times New Roman and a point size of 14.

Dated: August 2, 2022

**<u>Adam M. Sparks</u>**
*Counsel for the* Pendergrass *and* Grant *Plaintiffs*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have on this date caused to be electronically filed a copy of the foregoing **Joint Status Report** with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to counsel of record.

Dated: August 2, 2022

**<u>Adam M. Sparks</u>**
*Counsel for the* Pendergrass *and* Grant *Plaintiffs*