IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ANNIE LOIS GRANT, et al., <br><br> *Plaintiffs,* <br><br> v. <br><br> BRAD RAFFENSPERGER, et al., <br><br> *Defendants.* | CIVIL ACTION <br><br> FILE NO. 1:22-CV-00122-SCJ |

## RULE 5.4 CERTIFICATE OF SERVICE

Pursuant to Local Rule 5.4, counsel for Defendants, hereby certifies that on August 5, 2022, a true and correct copy of Defendants' First Set of Interrogatories, Requests for Production of Documents, and Requests for Admission were served via email to the following:

| | |
|---|---|
| Joyce Gist Lewis <br> Georgia Bar No. 296261 <br> Adam M. Sparks <br> Georgia Bar No. 341578 <br> KREVOLIN & HORST, LLC <br> One Atlantic Center <br> 1201 West Peachtree Street, NW <br> Suite 3250 <br> Atlanta, Georgia 30309 <br> Telephone: (404) 888-9700 <br> Facsimile: (404) 888-9577 <br> Email: JLewis@khlawfirm.com <br> Email: Sparks@khlawfirm.com | Abha Khanna* <br> Jonathan P. Hawley* <br> ELIAS LAW GROUP LLP <br> 1700 Seventh Avenue, Suite 2100 <br> Seattle, Washington  98101 <br> Phone: (206) 656-0177 <br> Facsimile: (206) 656-0180 <br> Email: AKhanna@elias.law <br> Email: JHawley@elias.law |

| | |
|---|---|
| Kevin J. Hamilton* | Daniel C. Osher* |
| PERKINS COIE LLP | Christina A. Ford* |
| 1201 Third Avenue, Suite 4900 | Graham W. White* |
| Seattle, Washington  98101 | Michael B. Jones |
| Phone: (206) 359-8000 | ELIAS LAW GROUP LLP |
| Facsimile: (206) 359-9000 | 10 G Street NE, Suite 600 |
| Email: KHamilton@perkinscoie.com | Washington, D.C.  20002 |
| | Phone: (202) 968-4490 |
| | Facsimile: (202) 968-4498 |
| | Email: DOsher@elias.law |
| | Email: CFord@elias.law |
| | Email: GWhite@elias.law |
| | Email: MJones@elias.law |
| | |
| | *Admitted pro hac vice |

This 5th day of August, 2022.

>Christopher M. Carr
>Attorney General
>Georgia Bar No. 112505
>Bryan K. Webb
>Deputy Attorney General
>Georgia Bar No. 743580
>Russell D. Willard
>Senior Assistant Attorney General
>Georgia Bar No. 760280
>Charlene McGowan
>Assistant Attorney General
>Georgia Bar No. 697316
>**State Law Department**
>40 Capitol Square, S.W.
>Atlanta, Georgia 30334
>
>*/s/ Bryan P. Tyson*
>Bryan P. Tyson

Special Assistant Attorney General
Georgia Bar No. 515411
btyson@taylorenglish.com
Frank B. Strickland
Georgia Bar No. 678600
fstrickland@taylorenglish.com
Bryan F. Jacoutot
Georgia Bar No. 668272
bjacoutot@taylorenglish.com
Loree Anne Paradise
Georgia Bar No. 382202
lparadise@taylorenglish.com
**Taylor English Duma LLP**
1600 Parkwood Circle
Suite 200
Atlanta, Georgia 30339
(678) 336-7249

*Counsel for Defendants*

## **CERTIFICATE OF COMPLIANCE**

Pursuant to L.R. 7.1(D), the undersigned hereby certifies that the foregoing RULE 5.4 CERTIFICATE OF SERVICE has been prepared in Century Schoolbook 13, a font and type selection approved by the Court in L.R. 5.1(B).

*/s/ Bryan P. Tyson*
Bryan P. Tyson
