IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ANNIE LOIS GRANT, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>BRAD RAFFENSPERGER, in his official capacity as the Georgia Secretary of State, *et al.*,<br><br>Defendants. | CIVIL ACTION FILE NO.<br>1:22-CV-00122-SCJ |
| COAKLEY PENDERGRASS, et al.,<br><br>*Plaintiffs,*<br><br>v.<br><br>BRAD RAFFENSPERGER, et al.,<br><br>*Defendants.* | CIVIL ACTION<br><br>FILE NO. 1:21-CV-05339-SCJ |

## **RULE 5.4 CERTIFICATE OF SERVICE**

Pursuant to Local Rule 5.4, counsel for Defendants, hereby certifies that on February 21, 2023, true and correct copies of the following were served:

1. Defendants' Amended Notice to take the Expert Deposition of Loren Collingwood, Ph.D.;

1

2. Defendants' Notice to take the Deposition of Marion Warren; and

3. Defendants' Notice to take the Deposition of Diane Evans, Ph.D.

via email on all counsel of record.

This 28th day of February, 2023.

        Christopher M. Carr
        Attorney General
        Georgia Bar No. 112505
        Bryan K. Webb
        Deputy Attorney General
        Georgia Bar No. 743580
        Russell D. Willard
        Senior Assistant Attorney General
        Georgia Bar No. 760280
        Charlene S. McGowan
        Assistant Attorney General
        Georgia Bar No. 697316
        40 Capitol Square, S.W.
        Atlanta, Georgia 30334

        */s/Bryan P. Tyson*
        Bryan P. Tyson
        Special Assistant Attorney General
        Georgia Bar No. 515411
        btyson@taylorenglish.com
        Frank B. Strickland
        Georgia Bar No. 687600
        fstrickland@taylorenglish.com
        Bryan F. Jacoutot
        Georgia Bar No. 668272
        bjacoutot@taylorenglish.com
        Diane Festin LaRoss
        Georgia Bar No. 430830
        dlaross@taylorenglish.com
        Donald P. Boyle, Jr.

Georgia Bar No. 073519
dboyle@taylorenglish.com
Daniel H. Weigel
Georgia Bar No. 956419
dweigel@taylorenglish.com

**TAYLOR ENGLISH DUMA LLP**
1600 Parkwood Circle, Suite 200
Atlanta, GA 30339
Telephone: (678) 336-7249

*Attorneys for Defendant*

## **CERTIFICATE OF COMPLIANCE**

Pursuant to L.R. 7.1(D), the undersigned hereby certifies that the foregoing RULE 5.4 CERTIFICATE OF SERVICE has been prepared in Century Schoolbook 13, a font and type selection approved by the Court in L.R. 5.1(B).

*/s/ Bryan P. Tyson*
Bryan P. Tyson