IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ANNIE LOIS GRANT; QUENTIN T. HOWELL; ELROY TOLBERT; THERON BROWN; TRIANA ARNOLD JAMES; EUNICE SYKES; ELBERT SOLOMON; DEXTER WIMBISH; GARRETT REYNOLDS; JACQUELINE FAYE ARBUTHNOT; JACQUELYN BUSH; and MARY NELL CONNER,<br><br>      Plaintiffs,<br><br>  v.<br><br>BRAD RAFFENSPERGER, in his official capacity as the Georgia Secretary of State; WILLIAM S. DUFFEY, JR., in his official capacity as chair of the State Election Board; MATTHEW MASHBURN, in his official capacity as a member of the State Election Board; SARA TINDALL GHAZAL, in her official capacity as a member of the State Election Board; EDWARD LINDSEY, in his official capacity as a member of the State Election Board; and JANICE W. JOHNSTON, in her official capacity as a member of the State Election Board,<br><br>      Defendants. | CIVIL ACTION FILE NO. 1:22-CV-00122-SCJ |

**<u>ORDER GRANTING JOINT STIPULATION AND CONSENT MOTION
FOR VOLUNTARY DISMISSAL OF PLAINTIFF THERON BROWN</u>**

This Court has considered the parties' joint stipulation and consent motion for voluntary dismissal of Plaintiff Theron Brown (Doc. 160). The joint stipulation and consent motion is hereby **GRANTED**.

It is therefore **ORDERED** that all claims of Plaintiff Theron Brown *only* shall be dismissed, with the parties to bear their own respective attorneys' fees, expenses, and costs. This Order does *not* apply to the claims of the remaining Plaintiffs or Defendants' defenses to those claims.

**IT IS SO ORDERED**, this __10th__ day of _____March_____, 2023.

_s/Steve C. Jones_____

**HONORABLE STEVE C. JONES**
**UNITED STATES DISTRICT JUDGE**