# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ANNIE LOIS GRANT; QUENTIN T. HOWELL; ELROY TOLBERT; TRIANA ARNOLD JAMES; EUNICE SYKES; ELBERT SOLOMON; DEXTER WIMBISH; GARRETT REYNOLDS; JACQUELINE FAYE ARBUTHNOT; JACQUELYN BUSH; and MARY NELL CONNER, <br><br>      Plaintiffs, <br><br>  v. <br><br> BRAD RAFFENSPERGER, in his official capacity as the Georgia Secretary of State; WILLIAM S. DUFFEY, JR., in his official capacity as chair of the State Election Board; MATTHEW MASHBURN, in his official capacity as a member of the State Election Board; SARA TINDALL GHAZAL, in her official capacity as a member of the State Election Board; EDWARD LINDSEY, in his official capacity as a member of the State Election Board; and JANICE W. JOHNSTON, in her official capacity as a member of the State Election Board, <br><br>      Defendants. | CIVIL ACTION FILE NO. 1:22-CV-00122-SCJ |

## **PLAINTIFFS' EXHIBIT LIST**

Pursuant to the Court's coordinated order of July 21, 2023, ECF No. 230, the *Grant* Plaintiffs respectfully submit the following list of exhibits in connection with the trial scheduled to commence on September 5, 2023.[1] Plaintiffs reserve the right to use exhibits listed by any other party to this action, as well as by the plaintiffs in the *Alpha Phi Alpha* or *Pendergrass* cases.[2]

| Exhibit No. | Description | Docket No. | Will Use/May Use |
|---|---|---|---|
| 1 | Expert report of Blakeman B. Esselstyn dated December 5, 2022 | ECF Nos. 191-1, 206-1 | Will use |
| 2 | Expert report of Dr. Maxwell Palmer of Boston University dated December 12, 2022 | ECF Nos. 191-2, 206-2 | Will use |
| 3 | Supplemental expert report of Dr. Maxwell Palmer of Boston University dated December 22, 2022 | ECF Nos. 191-3, 206-3 | Will use |
| 4 | Expert report of Dr. Orville Vernon Burton of Clemson University, dated December 5, 2022 | ECF Nos. 191-4, 206-4 | Will use |

---

[1] Plaintiffs provide this enumerated list with the understanding that all testimony and exhibits admitted during the coordinated preliminary injunction hearing will be incorporated in the trial record. *See* Fed. R. Civ. P. 65(a)(2) ("[E]vidence that is received on the motion and that would be admissible at trial becomes part of the trial record and need not be repeated at trial."); *see also* ECF No. 229 at 87 n. 43 (citing Fed. R. Civ. P. 65(a)(2).

[2] Exhibits 7–28 may also be used by the *Pendergrass* Plaintiffs.

| Exhibit No. | Description | Docket No. | Will Use/May Use |
|---|---|---|---|
| 5 | Expert report of Dr. Loren Collingwood of the University of New Mexico dated December 12, 2022 | ECF No. 191-5 | Will use |
| 6 | Rebuttal report of Blakeman B. Esselstyn dated January 23, 2023 | N/A | May use |
| 7 | U.S. Department of Justice letter from Assistant Attorney General William Bradford Reynolds to Attorney General Michael Bowers, dated February 11, 1982, publicly available at: https://www.justice.gov/sites/default/files/crt/legacy/2014/05/30/GA-1870.pdf. | ECF No. 191-13 | May use |
| 8 | U.S. Department of Justice letter from Assistant Attorney General John R. Dunne to Senior Assistant Attorney General Mark H. Cohen dated March 20, 1992, publicly available at: https://www.justice.gov/sites/default/files/crt/legacy/2014/05/30/GA-2360.pdf | ECF No. 191-14 | May use |
| 9 | *The Atlanta Journal-Constitution* article entitled "Douglas Leader's Racial Comments Spark Calls That He Resign" dated September 30, 2016, publicly available at: https://www.ajc.com/news/local/douglas-leader-racial-comments-spark-calls-that-resign/AVjoe8BDCXLsut6OBPjIHI | ECF No. 191-15 | May use |

| Exhibit No. | Description | Docket No. | Will Use/May Use |
|---|---|---|---|
| 10 | CNN article entitled "GOP Candidate's Husband Shares Image Urging Voters to 'Free the Black Slaves from the Democratic Plantation'" dated May 2, 2017, publicly available at: https://www.cnn.com/2017/05/02/politics/kfile-karen-handel-husband-tweet/index.html | ECF No. 191-16 | May use |
| 11 | Appen Media Group article entitled "Roswell's Wood Says 'Ossoff' Has Off-Puttingly Muslim Ring" dated March 15, 2017, publicly available at: https://www.appenmedia.com/opinion/columnists/roswell-s-wood-says-ossoff-has-off-puttingly-muslim-ring/article_729681a0-e082-5a2c-a639-9f15369a730a.html | ECF No. 191-17 | May use |
| 12 | *The Atlanta Journal-Constitution* article entitled "Warring Republicans Try to Unite Against Ossoff in Georgia's Sixth" dated April 15, 2017, publicly available at: https://www.ajc.com/blog/politics/warring-republicans-try-unite-against-ossoff-georgia-sixth/CJca8W1Alqeob6jvA8gB5H | ECF No. 191-18 | May use |
| 13 | *The Atlanta Journal-Constitution* article entitled "Gwinnett Commissioner Calls John Lewis 'a Racist Pig,' Faces Backlash" dated January 16, 2017, publicly available at: https://www.ajc.com/news/gwinnett-commissioner-calls-john-lewis-racist-pig-faces-backlash/K2uAUZFikv57szlncpZilO | ECF No. 191-19 | May use |

| Exhibit No. | Description | Docket No. | Will Use/May Use |
|---|---|---|---|
| 14 | *The Washington Post* article entitled "Racist 'Magical Negro' Robo-Call from 'Oprah' Targets Stacey Abrams in Georgia Governor's Race" dated November 5, 2018, publicly available at: https://www.washingtonpost.com/politics/2018/11/04/racist-magical-negro-robo-call-oprah-targets-stacey-abrams-georgia-governors-race | ECF No. 191-20 | May use |
| 15 | Slate article entitled "It Was Too Easy for Brian Kemp's Last-Minute Dog Whistle About Stacey Abrams to Go Viral" dated November 6, 2018, publicly available at: https://slate.com/technology/2018/11/brian-kemp-stacey-abrams-dog-whistle-black-panthers-facebook.html | ECF No. 191-21 | May use |
| 16 | *USA Today* article entitled "Georgia Gubernatorial Candidate Brian Kemp Suggests Truck Is for Rounding up 'Illegals'" dated May 10, 2018, publicly available at: https://www.usatoday.com/story/news/nation/2018/05/10/brian-kemp-illegals-ad/600212002 | ECF No. 191-22 | May use |
| 17 | Salon article entitled "Kelly Loeffler's New Facebook Ad Darkens Skin of Raphael Warnock, Her Black Opponent" dated January 4, 2021, publicly available at: https://www.salon.com/2021/01/04/kelly-loefflers-new-facebook-ad-darkens-skin-of-raphael-warnock-her-black-opponent | ECF No. 191-23 | May use |

| Exhibit No. | Description | Docket No. | Will Use/May Use |
|---|---|---|---|
| 18 | ABC News article entitled "Perdue's Campaign Deletes Ad That Enlarges Jewish Opponent's Nose, Insists It Was Accident" dated July 28, 2020, publicly available at: https://abcnews.go.com/Politics/perdues-campaign-deletes-ad-enlarges-jewish-opponents-nose/story?id=72039950 | ECF No. 191-24 | May use |
| 19 | CNN article entitled "Georgia Republican Senator Willfully Mispronounces Kamala Harris' Name at Trump Rally" dated October 17, 2020, publicly available at: https://www.cnn.com/2020/10/16/politics/david-perdue-kamala-harris/index.html | ECF No. 191-25 | May use |
| 20 | *The Atlanta Journal-Constitution* article entitled "Crime Fears Emerge in Johns Creek, Sandy Springs Municipal Elections" dated October 26, 2021, publicly available at: https://www.ajc.com/neighborhoods/north-fulton/crime-fears-emerge-in-johns-creek-sandy-springs-municipal-elections/HAMJ4MEMVVA3BCYC36ZOGR3OKM | ECF No. 191-26 | May use |
| 21 | Georgia Legislative Black Caucus website page entitled "2021-2022 GLBC Members" printed on January 3, 2022, publicly available at: https://gablackcaucus.org/members | ECF No. 20-37 | May use |

| Exhibit No. | Description | Docket No. | Will Use/May Use |
|---|---|---|---|
| 22 | *Governing* article entitled "Blacks in State Legislatures: A State-by-State Map" dated January 13, 2021, publicly available at: https://www.governing.com/now/blacks-in-state-legislatures-a-state-by-state-map.html | ECF No. 20-38 | May use |
| 23 | National Conference of State Legislatures article entitled "State Legislator Demographics" dated December 1, 2020, publicly available at: https://www.ncsl.org/research/about-state-legislatures/state-legislator-demographics.aspx | ECF No. 20-39 | May use |
| 24 | National Governors Association website page entitled "Former Georgia Governors" printed on December 31, 2021, publicly available at: https://www.nga.org/former-governors/Georgia | ECF No. 20-40 | May use |
| 25 | U.S. Senate website page entitled "States in the Senate | Georgia Senators" printed on December 31, 2021, publicly available at: https://www.senate.gov/states/GA/senators.htm | ECF No. 20-42 | May use |
| 26 | WUGA article entitled "Report Shows Black Georgians Were More Likely to Be Denied Unemployment Benefits" dated November 19, 2021, publicly available at: https://www.wuga.org/post/report-shows-black-georgians-were-more-likely-be-denied-unemployment-benefits | ECF No. 20-43 | May use |

| Exhibit No. | Description | Docket No. | Will Use/May Use |
|---|---|---|---|
| 27 | Georgia House of Representatives final report of the House of Representatives Study Committee on Maternal Mortality dated 2019, publicly available at: https://www.house.ga.gov/Documents/CommitteeDocuments/2019/MaternalMortality/HR_589_Final_Report.pdf | ECF No. 20-44 | May use |
| 28 | *The Atlanta Journal-Constitution* article entitled "Bill in Congress Could Bring Relief to Uninsured Georgians" dated December 1, 2021, publicly available at: https://www.ajc.com/life/health/bill-in-congress-could-bring-relief-to-uninsured-georgians/BQOWOU7O35FADAXG4LAL57YELQ | ECF No. 20-45 | May use |
| 29 | Declaration of Annie Lois Grant dated January 13, 2022 | ECF Nos. 20-5, 218-1 | May use |
| 30 | Declaration of Quentin T. Howell dated January 12, 2022 | ECF Nos. 20-6, 218-2 | May use |
| 31 | Declaration of Elroy Tolbert dated January 11, 2022 | ECF Nos. 20-7, 218-3 | May use |
| 32 | Declaration of Triana Arnold James dated January 10, 2022 | ECF Nos. 20-9, 218-4 | May use |
| 33 | Declaration of Eunice Sykes dated January 12, 2022 | ECF Nos. 20-10, 218-5 | May use |
| 34 | Declaration of Elbert Solomon dated January 10, 2022 | ECF Nos. 20-11, 218-6 | May use |
| 35 | Declaration of Dexter Wimbish dated January 11, 2022 | ECF No. 20-12, 218-7 | May use |

| Exhibit No. | Description | Docket No. | Will Use/May Use |
|---|---|---|---|
| 36 | Declaration of Garrett Reynolds dated April 22, 2023 | ECF No. 218-8 | May use |
| 37 | Declaration of Jacqueline Faye Arbuthnot dated April 24, 2023 | ECF No. 218-9 | May use |
| 38 | Declaration of Jacquelyn Bush dated April 28, 2023 | ECF No. 218-10 | May use |

[signature block on following page]

Dated: July 31, 2023

By: **Adam M. Sparks**
Joyce Gist Lewis
Georgia Bar No. 296261
Adam M. Sparks
Georgia Bar No. 341578
**KREVOLIN & HORST, LLC**
One Atlantic Center
1201 West Peachtree Street, NW,
Suite 3250
Atlanta, Georgia 30309
Telephone: (404) 888-9700
Facsimile: (404) 888-9577
Email: JLewis@khlawfirm.com
Email: Sparks@khlawfirm.com

Respectfully submitted,

Abha Khanna*
Jonathan P. Hawley*
Makeba A.K. Rutahindurwa*
**ELIAS LAW GROUP LLP**
1700 Seventh Avenue,
Suite 2100
Seattle, Washington 98101
Phone: (206) 656-0177
Facsimile: (206) 656-0180
Email: AKhanna@elias.law
Email: JHawley@elias.law
Email: MRutahindurwa@elias.law

Michael B. Jones
Georgia Bar No. 721264
**ELIAS LAW GROUP LLP**
250 Massachusetts Avenue NW,
Suite 400
Washington, D.C. 20001
Phone: (202) 968-4490
Facsimile: (202) 968-4498
Email: MJones@elias.law

*Counsel for Plaintiffs*

*Admitted *pro hac vice*

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing **PLAINTIFFS' EXHIBIT LIST** has been prepared in accordance with the font type and margin requirements of LR 5.1, N.D. Ga., using font type of Times New Roman and a point size of 14.

Dated: July 31, 2023　　　　　　　　　　**Adam M. Sparks**
　　　　　　　　　　　　　　　　　　　　Adam M. Sparks
　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that I have on this date caused to be electronically filed a copy of the foregoing **PLAINTIFFS' EXHIBIT LIST** with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to counsel of record.

Dated: July 31, 2023　　　　　　　　　　**Adam M. Sparks**
　　　　　　　　　　　　　　　　　　　　Adam M. Sparks
　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiffs*