# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ALPHA PHI ALPHA FRATERNITY INC. et al., <br><br> Plaintiffs, <br><br> v. <br><br> BRAD RAFFENSPERGER, in his official capacity as Secretary of State of Georgia, <br><br> Defendant. | CIVIL ACTION FILE NO. 1:21-CV-5337-SCJ |
| COAKLEY PENDERGRASS et al., <br><br> Plaintiffs, <br><br> v. <br><br> BRAD RAFFENSPERGER, in his official capacity as the Georgia Secretary of State, et al., <br><br> Defendants. | CIVIL ACTION FILE NO. 1:21-CV-5339-SCJ |
| ANNIE LOIS GRANT et al., <br><br> Plaintiffs, <br><br> v. <br><br> BRAD RAFFENSPERGER, in his official capacity as the Georgia Secretary of State, et al., <br><br> Defendants. | CIVIL ACTION FILE NO. 1:22-CV-122-SCJ |

# JOINT EXHIBIT LIST

| Exhibit No. | Description | Case Filed In | Docket No. |
|---|---|---|---|
| 1 | "2021 Committee Guidelines." The document was published by the Georgia State Senate, printed March 2, 2023. | *Pendergrass* | ECF No. 174-11 |
| 2 | "2021-2022 Guidelines for the House Legislative and Congressional Reapportionment Committee." The document was published by the Georgia House of Representatives, printed March 2, 2023. | *Pendergrass* | ECF No. 174-12 |

The undersigned is authorized to state that each of the undersigned counsel for the parties hereby consents to entry of the foregoing Joint Exhibit List.

*s/Abha Khanna* (w/express permission)
Counsel for *Pendergrass* Plaintiffs

*s/Bryan Tyson* (w/express permission)
Counsel for Defendants

*s/Abha Khanna* (w/express permission)
Counsel for *Grant* Plaintiffs

*s/Rahul Garabadu* (w/express permission)
Counsel for *Alpha Phi Alpha* Plaintiffs

Dated: July 31, 2023

By: **Adam M. Sparks**
Joyce Gist Lewis
Georgia Bar No. 296261
Adam M. Sparks
Georgia Bar No. 341578
**KREVOLIN & HORST, LLC**
One Atlantic Center
1201 West Peachtree Street, NW,
Suite 3250
Atlanta, Georgia 30309
Telephone: (404) 888-9700
Facsimile: (404) 888-9577
Email: JLewis@khlawfirm.com
Email: Sparks@khlawfirm.com

Respectfully submitted,

Abha Khanna*
Jonathan P. Hawley*
Makeba A.K. Rutahindurwa*
**ELIAS LAW GROUP LLP**
1700 Seventh Avenue,
Suite 2100
Seattle, Washington 98101
Phone: (206) 656-0177
Facsimile: (206) 656-0180
Email: AKhanna@elias.law
Email: JHawley@elias.law
Email: MRutahindurwa@elias.law

Michael B. Jones
Georgia Bar No. 721264
**ELIAS LAW GROUP LLP**
250 Massachusetts Avenue NW,
Suite 400
Washington, D.C. 20001
Phone: (202) 968-4490
Facsimile: (202) 968-4498
Email: MJones@elias.law

*Counsel for Plaintiffs*

*Admitted *pro hac vice*

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing **JOINT EXHIBIT LIST** has been prepared in accordance with the font type and margin requirements of LR 5.1, N.D. Ga., using font type of Times New Roman and a point size of 14.

Dated: July 31, 2023              **Adam M. Sparks**
                                  Adam M. Sparks
                                  *Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that I have on this date caused to be electronically filed a copy of the foregoing **JOINT EXHIBIT LIST** with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to counsel of record.

Dated: July 31, 2023              **Adam M. Sparks**
                                  Adam M. Sparks
                                  *Counsel for Plaintiffs*