# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ANNIE LOIS GRANT; QUENTIN T. HOWELL; ELROY TOLBERT; TRIANA ARNOLD JAMES; EUNICE SYKES; ELBERT SOLOMON; DEXTER WIMBISH; GARRETT REYNOLDS; JACQUELINE FAYE ARBUTHNOT; JACQUELYN BUSH; and MARY NELL CONNER,<br><br>      Plaintiffs,<br><br>  v.<br><br>BRAD RAFFENSPERGER, in his official capacity as the Georgia Secretary of State; WILLIAM S. DUFFEY, JR., in his official capacity as chair of the State Election Board; MATTHEW MASHBURN, in his official capacity as a member of the State Election Board; SARA TINDALL GHAZAL, in her official capacity as a member of the State Election Board; EDWARD LINDSEY, in his official capacity as a member of the State Election Board; and JANICE W. JOHNSTON, in her official capacity as a member of the State Election Board,<br><br>      Defendants. | CIVIL ACTION FILE NO. 1:22-CV-00122-SCJ |

**PLAINTIFFS' NOTICE OF DEPOSITION DESIGNATIONS**

The *Grant* Plaintiffs hereby file their designations of the deposition transcripts and deposition exhibits that they may offer at trial in place of live testimony.[1] Plaintiffs' designations are as follows:

| PLAINTIFFS' DESIGNATIONS | |
|---|---|
| **Name, Date, and Docket No.** | **Transcript Pincite** |
| Deposition of Annie Lois Grant<br>December 14, 2022 (*Grant* ECF No. 218-11) | 42:6–25 |
| Deposition of Quentin T. Howell<br>December 14, 2022 (*Grant* ECF No. 218-12) | 60:15–62:25 |
| Deposition of Elroy Tolbert<br>February 9, 2023 (*Grant* ECF No. 218-13) | 10:4–11:23 |
| Deposition of Triana Arnold James<br>December 7, 2022 (*Grant* ECF No. 218-14) | 46:2–47:16 |
| Deposition of Eunice Sykes<br>December 14, 2022 (*Grant* ECF No. 218-15) | 30:15–32:4 |
| Deposition of Elbert Solomon<br>December 9, 2022 (*Grant* ECF No. 218-16) | 40:5–24 |
| Deposition of Dexter Wimbish<br>December 6, 2022 (*Grant* ECF No. 218-17) | 48:14–49:20 |

---

[1] Plaintiffs reserve the right to call live any of the witnesses they have designated by deposition testimony.

| PLAINTIFFS' DESIGNATIONS ||
|---|---|
| **Name, Date, and Docket No.** | **Transcript Pincite** |
| Deposition of Garrett Reynolds<br>January 25, 2023 (*Grant* ECF No. 218-18) | 39:4–40:19 |
| Deposition of Jacqueline Arbuthnot<br>January 24, 2023 (*Grant* ECF No. 218-19) | 10:20–11:25 |
| Deposition of Jacquelyn Bush<br>January 24, 2023 (*Grant* ECF No. 218-20) | 10:3–16 |
| Deposition of Mary Nell Conner<br>February 9, 2023 (*Grant* ECF No. 218-21) | 8:11–9:12 |

[**signature block on following page**]

Dated: July 31, 2023

By: **Adam M. Sparks**
Joyce Gist Lewis
Georgia Bar No. 296261
Adam M. Sparks
Georgia Bar No. 341578
**KREVOLIN & HORST, LLC**
One Atlantic Center
1201 West Peachtree Street, NW,
Suite 3250
Atlanta, Georgia 30309
Telephone: (404) 888-9700
Facsimile: (404) 888-9577
Email: JLewis@khlawfirm.com
Email: Sparks@khlawfirm.com

Respectfully submitted,

Abha Khanna*
Jonathan P. Hawley*
Makeba A.K. Rutahindurwa*
**ELIAS LAW GROUP LLP**
1700 Seventh Avenue,
Suite 2100
Seattle, Washington 98101
Phone: (206) 656-0177
Facsimile: (206) 656-0180
Email: AKhanna@elias.law
Email: JHawley@elias.law
Email: MRutahindurwa@elias.law

Michael B. Jones
Georgia Bar No. 721264
**ELIAS LAW GROUP LLP**
250 Massachusetts Avenue NW,
Suite 400
Washington, D.C. 20001
Phone: (202) 968-4490
Facsimile: (202) 968-4498
Email: MJones@elias.law

*Counsel for Plaintiffs*

*Admitted *pro hac vice*

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing **PLAINTIFFS' NOTICE OF DEPOSITION DESIGNATIONS** has been prepared in accordance with the font type and margin requirements of LR 5.1, N.D. Ga., using font type of Times New Roman and a point size of 14.

Dated: July 31, 2023                                **Adam M. Sparks**
                                                                    Adam M. Sparks
                                                                    *Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that I have on this date caused to be electronically filed a copy of the foregoing **PLAINTIFFS' NOTICE OF DEPOSITION DESIGNATIONS** with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to counsel of record.

Dated: July 31, 2023                                **Adam M. Sparks**
                                                                    Adam M. Sparks
                                                                    *Counsel for Plaintiffs*