# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ANNIE LOIS GRANT; QUENTIN T. HOWELL; ELROY TOLBERT; TRIANA ARNOLD JAMES; EUNICE SYKES; ELBERT SOLOMON; DEXTER WIMBISH; GARRETT REYNOLDS; JACQUELINE FAYE ARBUTHNOT; JACQUELYN BUSH; and MARY NELL CONNER, <br><br> Plaintiffs, <br><br> v. <br><br> BRAD RAFFENSPERGER, in his official capacity as the Georgia Secretary of State; WILLIAM S. DUFFEY, JR., in his official capacity as chair of the State Election Board; MATTHEW MASHBURN, in his official capacity as a member of the State Election Board; SARA TINDALL GHAZAL, in her official capacity as a member of the State Election Board; EDWARD LINDSEY, in his official capacity as a member of the State Election Board; and JANICE W. JOHNSTON, in her official capacity as a member of the State Election Board, <br><br> Defendants. | CIVIL ACTION FILE NO. 1:22-CV-00122-SCJ |

**PLAINTIFFS' NOTICE OF DEPOSITION DESIGNATIONS WITH OBJECTIONS, COUNTER-DESIGNATIONS, AND RESPONSES**

The *Grant* Plaintiffs hereby file their designations of the deposition transcripts and deposition exhibits that they may offer at trial in place of live testimony,[1] *see* [Doc. 235], along with Defendants' objections and counter-designations to the same and Plaintiffs' corresponding responses and objections, as follows:

## DEPOSITION OF Annie Lois Grant

| Plaintiffs' Designation Start | Plaintiffs' Designation Stop | Defendants' Objections to Plaintiffs' Designations | Defendants' Counter-Designations | Plaintiffs' Responses to Defendants' Objections | Plaintiffs' Objections to Defendants' Counter Designations |
|---|---|---|---|---|---|
| 42:6 | 42:25 | None | None | N/A | N/A |

## DEPOSITION OF Quentin T. Howell

| Plaintiffs' Designation Start | Plaintiffs' Designation Stop | Defendants' Objections to Plaintiffs' Designations | Defendants' Counter-Designations | Plaintiffs' Responses to Defendants' Objections | Plaintiffs' Objections to Defendants' Counter Designations |
|---|---|---|---|---|---|
| 60:15 | 62:25 | The witness states a legal conclusion in 61:25–62:4 that should not be considered. | None | Plaintiffs do not object to striking 61:25–62:4. | N/A |

---

[1] Plaintiffs reserve the right to call live any of the witnesses they have designated by deposition testimony.

## DEPOSITION OF Elroy Tolbert

| Plaintiffs' Designation Start | Plaintiffs' Designation Stop | Defendants' Objections to Plaintiffs' Designations | Defendants' Counter-Designations | Plaintiffs' Responses to Defendants' Objections | Plaintiffs' Objections to Defendants' Counter Designations |
|---|---|---|---|---|---|
| 10:4 | 11:23 | None | None | N/A | N/A |

## DEPOSITION OF Triana Arnold James

| Plaintiffs' Designation Start | Plaintiffs' Designation Stop | Defendants' Objections to Plaintiffs' Designations | Defendants' Counter-Designations | Plaintiffs' Responses to Defendants' Objections | Plaintiffs' Objections to Defendants' Counter Designations |
|---|---|---|---|---|---|
| 46:2 | 47:16 | None | None | N/A | N/A |

## DEPOSITION OF Eunice Sykes

| Plaintiffs' Designation Start | Plaintiffs' Designation Stop | Defendants' Objections to Plaintiffs' Designations | Defendants' Counter-Designations | Plaintiffs' Responses to Defendants' Objections | Plaintiffs' Objections to Defendants' Counter Designations |
|---|---|---|---|---|---|
| 30:15 | 32:4 | None | None | N/A | N/A |

## DEPOSITION OF Elbert Solomon

| Plaintiffs' Designation Start | Plaintiffs' Designation Stop | Defendants' Objections to Plaintiffs' Designations | Defendants' Counter-Designations | Plaintiffs' Responses to Defendants' Objections | Plaintiffs' Objections to Defendants' Counter Designations |
|---|---|---|---|---|---|
| 40:5 | 40:24 | None | None | N/A | N/A |

## DEPOSITION OF Dexter Wimbish

| Plaintiffs' Designation Start | Plaintiffs' Designation Stop | Defendants' Objections to Plaintiffs' Designations | Defendants' Counter-Designations | Plaintiffs' Responses to Defendants' Objections | Plaintiffs' Objections to Defendants' Counter Designations |
|---|---|---|---|---|---|
| 48:14 | 49:20 | None | None | N/A | N/A |

## DEPOSITION OF Garrett Reynolds

| Plaintiffs' Designation Start | Plaintiffs' Designation Stop | Defendants' Objections to Plaintiffs' Designations | Defendants' Counter-Designations | Plaintiffs' Responses to Defendants' Objections | Plaintiffs' Objections to Defendants' Counter Designations |
|---|---|---|---|---|---|
| 39:4 | 40:19 | None | None | N/A | N/A |

## DEPOSITION OF Jacqueline Arbuthnot

| Plaintiffs' Designation Start | Plaintiffs' Designation Stop | Defendants' Objections to Plaintiffs' Designations | Defendants' Counter-Designations | Plaintiffs' Responses to Defendants' Objections | Plaintiffs' Objections to Defendants' Counter Designations |
|---|---|---|---|---|---|
| 10:20 | 11:25 | None | None | N/A | N/A |

## DEPOSITION OF Jacquelyn Bush

| Plaintiffs' Designation Start | Plaintiffs' Designation Stop | Defendants' Objections to Plaintiffs' Designations | Defendants' Counter-Designations | Plaintiffs' Responses to Defendants' Objections | Plaintiffs' Objections to Defendants' Counter Designations |
|---|---|---|---|---|---|
| 10:3 | 10:16 | None | None | N/A | N/A |

## DEPOSITION OF Mary Nell Conner

| Plaintiffs' Designation Start | Plaintiffs' Designation Stop | Defendants' Objections to Plaintiffs' Designations | Defendants' Counter-Designations | Plaintiffs' Responses to Defendants' Objections | Plaintiffs' Objections to Defendants' Counter Designations |
|---|---|---|---|---|---|
| 8:11 | 9:12 | None | None | N/A | N/A |

[**signature block on following page**]

Dated: August 4, 2023

By: **Adam M. Sparks**
Joyce Gist Lewis
Georgia Bar No. 296261
Adam M. Sparks
Georgia Bar No. 341578
**KREVOLIN & HORST, LLC**
One Atlantic Center
1201 West Peachtree Street, NW,
Suite 3250
Atlanta, Georgia 30309
Telephone: (404) 888-9700
Facsimile: (404) 888-9577
Email: JLewis@khlawfirm.com
Email: Sparks@khlawfirm.com

Respectfully submitted,

Abha Khanna*
Jonathan P. Hawley*
Makeba A.K. Rutahindurwa*
**ELIAS LAW GROUP LLP**
1700 Seventh Avenue,
Suite 2100
Seattle, Washington 98101
Phone: (206) 656-0177
Facsimile: (206) 656-0180
Email: AKhanna@elias.law
Email: JHawley@elias.law
Email: MRutahindurwa@elias.law

Michael B. Jones
Georgia Bar No. 721264
**ELIAS LAW GROUP LLP**
250 Massachusetts Avenue NW,
Suite 400
Washington, D.C. 20001
Phone: (202) 968-4490
Facsimile: (202) 968-4498
Email: MJones@elias.law

*Counsel for Plaintiffs*

*Admitted *pro hac vice*

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing **PLAINTIFFS' NOTICE OF DEPOSITION DESIGNATIONS WITH OBJECTIONS, COUNTER-DESIGNATIONS, AND RESPONSES** has been prepared in accordance with the font type and margin requirements of LR 5.1, N.D. Ga., using font types of Times New Roman, point size of 14, and Century Schoolbook, point size of 13.

Dated: August 4, 2023  **Adam M. Sparks**
Adam M. Sparks
*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that I have on this date caused to be electronically filed a copy of the foregoing **PLAINTIFFS' NOTICE OF DEPOSITION DESIGNATIONS WITH OBJECTIONS, COUNTER-DESIGNATIONS, AND RESPONSES** with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to counsel of record.

Dated: August 4, 2023  **Adam M. Sparks**
Adam M. Sparks
*Counsel for Plaintiffs*