# EXHIBIT D

Legislation & Laws | House of Representatives | Senate | Committees | Joint Offices | Intern Program

SENATE

Session: 2023-2024 Regular Session (Current)

# Senators

[Interactive Seating Chart]  [Seating Chart]  [Mailing Labels]

| Name | Party | District | City |
|---|---|---|---|
| Ben Watson | Republican | 1 | Savannah |
| Derek Mallow | Democrat | 2 | Savannah |
| Mike Hodges | Republican | 3 | Brunswick |
| Billy Hickman | Republican | 4 | Statesboro |
| Sheikh Rahman | Democrat | 5 | Lawrenceville |
| Jason Esteves | Democrat | 6 | Atlanta |
| Nabilah Islam | Democrat | 7 | Lawrenceville |
| Russ Goodman | Republican | 8 | Cogdell |

| Name | Party | District | City |
|---|---|---|---|
| Nikki Merritt | Democrat | 9 | Grayson |
| Emanuel Jones | Democrat | 10 | Decatur |
| Sam Watson | Republican | 11 | Moultrie |
| Freddie Powell Sims | Democrat | 12 | Dawson |
| Carden Summers | Republican | 13 | Cordele |
| Josh McLaurin | Democrat | 14 | Sandy Springs |
| Ed Harbison | Democrat | 15 | Columbus |
| Marty Harbin | Republican | 16 | Tyrone |
| Brian Strickland | Republican | 17 | McDonough |
| John F. Kennedy | Republican | 18 | Macon |

| Name | Party | District | City |
|---|---|---|---|
| Blake Tillery | Republican | 19 | Vidalia |
| Larry Walker, III | Republican | 20 | Perry |
| Brandon Beach | Republican | 21 | Alpharetta |
| Harold Jones II | Democrat | 22 | Augusta |
| Max Burns | Republican | 23 | Sylvania |
| Lee Anderson | Republican | 24 | Grovetown |
| Rick Williams | Republican | 25 | Milledgeville |
| David Lucas | Democrat | 26 | Macon |
| Greg Dolezal | Republican | 27 | Cumming |
| Matt Brass | Republican | 28 | Newnan |

| Name | Party | District | City |
|---|---|---|---|
| Randy Robertson | Republican | 29 | Cataula |
| Mike Dugan | Republican | 30 | Carrollton |
| Jason Anavitarte | Republican | 31 | Dallas |
| Kay Kirkpatrick | Republican | 32 | Marietta |
| Michael 'Doc' Rhett | Democrat | 33 | Marietta |
| Valencia Seay | Democrat | 34 | Riverdale |
| Donzella James | Democrat | 35 | Atlanta |
| Nan Orrock | Democrat | 36 | Atlanta |
| Ed Setzler | Republican | 37 | Acworth |
| Horacena Tate | Democrat | 38 | Atlanta |

| Name | Party | District | City |
|---|---|---|---|
| Sonya Halpern | Democrat | 39 | Atlanta |
| Sally Harrell | Democrat | 40 | Atlanta |
| Kim Jackson | Democrat | 41 | Stone Mountain |
| Elena Parent | Democrat | 42 | Atlanta |
| Tonya Anderson | Democrat | 43 | Lithonia |
| Gail Davenport | Democrat | 44 | Jonesboro |
| Clint Dixon | Republican | 45 | Gwinnett |
| Bill Cowsert | Republican | 46 | Athens |
| Frank Ginn | Republican | 47 | Danielsville |
| Shawn Still | Republican | 48 | Norcross |

| Name | Party | District | City |
|---|---|---|---|
| Shelly Echols | Republican | 49 | Alto |
| Bo Hatchett | Republican | 50 | Cornelia |
| Steve Gooch | Republican | 51 | Dahlonega |
| Chuck Hufstetler | Republican | 52 | Rome |
| Colton Moore | Republican | 53 | Trenton |
| Chuck Payne | Republican | 54 | Dalton |
| Gloria Butler | Democrat | 55 | Stone Mountain |
| John Albers | Republican | 56 | Roswell |

## Helpful Links

Georgia.gov

Governor's Office

Secretary of State

Georgia Department of Motor Vehicles

Georgia Department of Driver Services

Georgia Department of Revenue

## Legislative Resources

House of Representatives

Senate

Open RFP's

Senate Staffing

Intern Program

COPYRIGHT © 2023 THE GEORGIA GENERAL ASSEMBLY

[Georgia Department of Labor](#)