# EXHIBIT E

# Georgia General Assembly

- Legislation & Laws
- House of Representatives
- Senate
- Committees
- Joint Offices
- Intern Program

## HOUSE OF REPRESENTATIVES

Session: 2023-2024 Regular Session (Current)

## Representatives

- Member Directory
- Public Information
- Other Documents & Labels

| Name | Party | District | City |
|---|---|---|---|
| Mike Cameron | Republican | 1 | Rossville |
| Steve Tarvin | Republican | 2 | Chickamauga |
| Mitchell Horner | Republican | 3 | Ringgold |
| Kasey Carpenter | Republican | 4 | Dalton |
| Matt Barton | Republican | 5 | Calhoun |
| Jason Ridley | Republican | 6 | Chatsworth |
| Johnny Chastain | Republican | 7 | |
| Stan Gunter | Republican | 8 | Blairsville |

| Name | Party | District | City |
|---|---|---|---|
| Will Wade | Republican | 9 | Dawsonville |
| Victor Anderson | Republican | 10 | Cornelia |
| Rick Jasperse | Republican | 11 | Jasper |
| Eddie Lumsden | Republican | 12 | Armuchee |
| Katie Dempsey | Republican | 13 | Rome |
| Mitchell Scoggins | Republican | 14 | Cartersville |
| Matthew Gambill | Republican | 15 | Cartersville |
| Trey Kelley | Republican | 16 | Cedartown |
| Martin Momtahan | Republican | 17 | Dallas |
| Tyler Paul Smith | Republican | 18 | Bremen |

| Name | Party | District | City |
|---|---|---|---|
| Joseph Gullett | Republican | 19 | Dallas |
| Charlice Byrd | Republican | 20 | Woodstock |
| Brad Thomas | Republican | 21 | Holly Springs |
| Jordan Ridley | Republican | 22 | Woodstock |
| Mandi Ballinger | Republican | 23 | Canton |
| Carter Barrett | Republican | 24 | Cumming |
| Todd Jones | Republican | 25 | South Forsyth |
| Lauren McDonald | Republican | 26 | Cumming |
| Lee Hawkins | Republican | 27 | Gainesville |
| Brent Cox | Republican | 28 | Dawsonville |

| Name | Party | District | City |
|---|---|---|---|
| Matt Dubnik | Republican | 29 | Gainesville |
| Derrick McCollum | Republican | 30 | Chestnut Mountain |
| Emory Dunahoo | Republican | 31 | Gillsville |
| Chris Erwin | Republican | 32 | Homer |
| Alan Powell | Republican | 33 | Hartwell |
| Devan Seabaugh | Republican | 34 | Marietta |
| Lisa Campbell | Democrat | 35 | Kennesaw |
| Ginny Ehrhart | Republican | 36 | Marietta |
| Mary Frances Williams | Democrat | 37 | Marietta |
| David Wilkerson | Democrat | 38 | Powder Springs |

| Name | Party | District | City |
| --- | --- | --- | --- |
| Terry Cummings | Democrat | 39 | Mableton |
| Doug Stoner | Democrat | 40 | Smyrna |
| Michael Smith | Democrat | 41 | Marietta |
| Teri Anulewicz | Democrat | 42 | Smyrna |
| Solomon Adesanya | Democrat | 43 | Marietta |
| Don Parsons | Republican | 44 | Marietta |
| Sharon Cooper | Republican | 45 | Marietta |
| John Carson | Republican | 46 | Marietta |
| Jan Jones | Republican | 47 | Milton |
| Scott Hilton | Republican | 48 | Peachtree Corners |

| Name | Party | District | City |
|---|---|---|---|
| Chuck Martin | Republican | 49 | Alpharetta |
| Michelle Au | Democrat | 50 | Johns Creek |
| Esther Panitch | Democrat | 51 | Sandy Springs |
| Shea Roberts | Democrat | 52 | Atlanta |
| Deborah Silcox | Republican | 53 | Sandy Springs |
| Betsy Holland | Democrat | 54 | Atlanta |
| Inga Willis | Democrat | 55 | Atlanta |
| Mesha Mainor | Republican | 56 | Atlanta |
| Stacey Evans | Democrat | 57 | Atlanta |
| Park Cannon | Democrat | 58 | Atlanta |

| Name | Party | District | City |
|---|---|---|---|
| Phil Olaleye | Democrat | 59 | Atlanta |
| Sheila Jones | Democrat | 60 | Atlanta |
| Roger Bruce | Democrat | 61 | Atlanta |
| Tanya F. Miller | Democrat | 62 | Atlanta |
| Kim Schofield | Democrat | 63 | Atlanta |
| Kimberly New | Republican | 64 | Villa Rica |
| Mandisha A. Thomas | Democrat | 65 | South Fulton |
| Kimberly Alexander | Democrat | 66 | Hiram |
| Lydia Glaize | Democrat | 67 | Fairburn |
| Derrick Jackson | Democrat | 68 | Tyrone |

| Name | Party | District | City |
|---|---|---|---|
| Tish Naghise *(Until 03/08/2023)* | Democrat | 68 | Fayetteville |
| Debra Bazemore | Democrat | 69 | South Fulton |
| Lynn Smith | Republican | 70 | Newnan |
| J Collins | Republican | 71 | Villa Rica |
| David Huddleston | Republican | 72 | Roopville |
| Josh Bonner | Republican | 73 | Fayetteville |
| Karen Mathiak | Republican | 74 | Griffin |
| Eric Bell | Democrat | 75 | Jonesboro |
| Mike Glanton *(Until 01/18/2023)* | Democrat | 75 | Jonesboro |
| Sandra Scott | Democrat | 76 | Rex |

| Name | Party | District | City |
|---|---|---|---|
| Rhonda Burnough | Democrat | 77 | Riverdale |
| Demetrius Douglas | Democrat | 78 | Stockbridge |
| Yasmin Neal | Democrat | 79 | Jonesboro |
| Long Tran | Democrat | 80 | Dunwoody |
| Scott Holcomb | Democrat | 81 | Atlanta |
| Mary Margaret Oliver | Democrat | 82 | Decatur |
| Karen Lupton | Democrat | 83 | Chamblee |
| Omari Crawford | Democrat | 84 | Decatur |
| Karla Drenner | Democrat | 85 | Avondale Estates |
| Imani Barnes | Democrat | 86 | Tucker |

| Name | Party | District | City |
|---|---|---|---|
| Viola Davis | Democrat | 87 | Stone Mountain |
| Billy Mitchell | Democrat | 88 | Stone Mountain |
| Becky Evans | Democrat | 89 | Atlanta |
| Saira Draper | Democrat | 90 | Atlanta |
| Angela Moore | Democrat | 91 | Stonecrest |
| Rhonda Taylor | Democrat | 92 | Conyers |
| Doreen Carter | Democrat | 93 | Lithonia |
| Karen Bennett | Democrat | 94 | Stone Mountain |
| Dar'shun Kendrick | Democrat | 95 | Lithonia |
| Pedro "Pete" Marin | Democrat | 96 | Duluth |

| Name | Party | District | City |
|---|---|---|---|
| [Ruwa Romman](#) | Democrat | 97 | Duluth |
| [Marvin Lim](#) | Democrat | 98 | Norcross |
| [Matt Reeves](#) | Republican | 99 | Duluth |
| [David Clark](#) | Republican | 100 | Buford |
| [Gregg Kennard](#) | Democrat | 101 | Lawrenceville |
| [Gabe Okoye](#) | Democrat | 102 | Lawrenceville |
| [Soo Hong](#) | Republican | 103 | Lawrenceville |
| [Chuck Efstration](#) | Republican | 104 | Auburn |
| [Farooq Mughal](#) | Democrat | 105 | Dacula |
| [Shelly Hutchinson](#) | Democrat | 106 | Snellville |

| Name | Party | District | City |
|---|---|---|---|
| Sam Park | Democrat | 107 | Lawrenceville |
| Jasmine Clark | Democrat | 108 | Lilburn |
| Dewey McClain | Democrat | 109 | Lawrenceville |
| Segun Adeyina | Democrat | 110 | Grayson |
| Reynaldo "Rey" Martinez | Republican | 111 | Loganville |
| Bruce Williamson | Republican | 112 | Monroe |
| Sharon Henderson | Democrat | 113 | Covington |
| Tim Fleming | Republican | 114 | Covington |
| Regina Lewis-Ward | Democrat | 115 | McDonough |
| El-Mahdi Holly | Democrat | 116 | Stockbridge |

| Name | Party | District | City |
|---|---|---|---|
| Lauren Daniel | Republican | 117 | Locust Grove |
| Clint Crowe | Republican | 118 | Jackson |
| Holt Persinger | Republican | 119 | Winder |
| Houston Gaines | Republican | 120 | Athens |
| Marcus Wiedower | Republican | 121 | Watkinsville |
| Spencer Frye | Democrat | 122 | Athens |
| Rob Leverett | Republican | 123 | Elberton |
| Trey Rhodes | Republican | 124 | Greensboro |
| Barry Fleming | Republican | 125 | Harlem |
| Gloria Frazier | Democrat | 126 | Hephzibah |

| Name | Party | District | City |
|---|---|---|---|
| [Mark Newton](#) | Republican | 127 | Augusta |
| [Mack Jackson](#) | Democrat | 128 | Sandersville |
| [Karlton Howard](#) | Democrat | 129 | Augusta |
| [Lynn Gladney](#) | Democrat | 130 | Augusta |
| [Jodi Lott](#) | Republican | 131 | Evans |
| [Brian Prince](#) | Democrat | 132 | Augusta |
| [Ken Vance](#) | Republican | 133 | Milledgeville |
| [David Knight](#) | Republican | 134 | Griffin |
| [Beth Camp](#) | Republican | 135 | Concord |
| [David Jenkins](#) | Republican | 136 | Grantville |

| Name | Party | District | City |
|---|---|---|---|
| Debbie Buckner | Democrat | 137 | Junction City |
| Vance Smith | Republican | 138 | Pine Mountain |
| Richard Smith | Republican | 139 | Columbus |
| Tremaine Teddy Reese | Democrat | 140 | Columbus |
| Carolyn Hugley | Democrat | 141 | Columbus |
| Miriam Paris | Democrat | 142 | Macon |
| James Beverly | Democrat | 143 | Macon |
| Dale Washburn | Republican | 144 | Macon |
| Robert Dickey | Republican | 145 | Musella |
| Shaw Blackmon | Republican | 146 | Bonaire |

| Name | Party | District | City |
|---|---|---|---|
| Bethany Ballard | Republican | 147 | Warner Robins |
| Noel Williams, Jr. | Republican | 148 | Cordele |
| Danny Mathis | Republican | 149 | Cochran |
| Patty Bentley | Democrat | 150 | Butler |
| Mike Cheokas | Republican | 151 | Americus |
| Bill Yearta | Republican | 152 | Sylvester |
| David Sampson | Democrat | 153 | Albany |
| Gerald Greene | Republican | 154 | Cuthbert |
| Matt Hatchett | Republican | 155 | Dublin |
| Leesa Hagan | Republican | 156 | Lyons |

| Name | Party | District | City |
| --- | --- | --- | --- |
| Bill Werkheiser | Republican | 157 | Glennville |
| Butch Parrish | Republican | 158 | Swainsboro |
| Jon Burns | Republican | 159 | Newington |
| Lehman Franklin | Republican | 160 | Statesboro |
| Bill Hitchens | Republican | 161 | Rincon |
| Carl Gilliard | Democrat | 162 | Savannah |
| Anne Allen Westbrook | Democrat | 163 | Savannah |
| Ron Stephens | Republican | 164 | Savannah |
| Edna Jackson | Democrat | 165 | Savannah |
| Jesse Petrea | Republican | 166 | Savannah |

| Name | Party | District | City |
|---|---|---|---|
| Buddy DeLoach | Republican | 167 | Townsend |
| Al Williams | Democrat | 168 | Midway |
| Clay Pirkle | Republican | 169 | Ashburn |
| Penny Houston | Republican | 170 | Nashville |
| Joe Campbell | Republican | 171 | Camilla |
| Chas Cannon | Republican | 172 | |
| Darlene Taylor | Republican | 173 | Thomasville |
| John Corbett | Republican | 174 | Lake Park |
| John LaHood | Republican | 175 | Valdosta |
| James Burchett | Republican | 176 | Waycross |

| Name | Party | District | City |
|---|---|---|---|
| Dexter Sharper | Democrat | 177 | Valdosta |
| Steven Meeks | Republican | 178 | Screven |
| Rick Townsend | Republican | 179 | Brunswick |
| Steven Sainz | Republican | 180 | St. Marys |

## Helpful Links

- Georgia.gov
- Governor's Office
- Secretary of State
- Georgia Department of Motor Vehicles
- Georgia Department of Driver Services
- Georgia Department of Revenue
- Georgia Department of Labor

## Legislative Resources

- House of Representatives
- Senate
- Open RFP's
- Senate Staffing
- Intern Program

COPYRIGHT © 2023 THE GEORGIA GENERAL ASSEMBLY