# EXHIBIT F

| | US Senate - Rep (Vote For 1) | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Gary W. Black | | | | | Josh Clark | | | | | Kelvin King | | | |
| County | Registered Voters | Election Day Votes | Absentee by Mail Votes | Advanced Voting Votes | Provisional Votes | Total Votes | Election Day Votes | Absentee by Mail Votes | Advanced Voting Votes | Provisional Votes | Total Votes | Election Day Votes | Absentee by Mail Votes | Advanced Voting Votes | Provisional Votes | Total Votes |
| Appling | 11345 | 401 | 20 | 191 | 0 | 612 | 58 | 14 | 15 | 0 | 87 | 10 | 1 | 13 | 0 | 24 |
| Atkinson | 4468 | 102 | 2 | 67 | 0 | 171 | 12 | 2 | 10 | 0 | 24 | 15 | 0 | 4 | 0 | 19 |
| Bacon | 6535 | 158 | 11 | 228 | 0 | 397 | 25 | 0 | 20 | 0 | 45 | 13 | 2 | 25 | 0 | 40 |
| Baker | 2113 | 104 | 11 | 67 | 1 | 183 | 3 | 0 | 0 | 0 | 3 | 4 | 0 | 1 | 0 | 5 |
| Baldwin | 27291 | 279 | 24 | 266 | 0 | 569 | 49 | 2 | 34 | 0 | 85 | 67 | 1 | 59 | 0 | 127 |
| Banks | 13064 | 542 | 37 | 499 | 1 | 1079 | 71 | 2 | 39 | 0 | 112 | 40 | 1 | 61 | 0 | 102 |
| Barrow | 55127 | 861 | 51 | 660 | 0 | 1572 | 525 | 11 | 217 | 0 | 753 | 214 | 4 | 154 | 0 | 372 |
| Bartow | 73915 | 1053 | 75 | 625 | 2 | 1755 | 349 | 23 | 156 | 0 | 528 | 315 | 14 | 160 | 3 | 492 |
| Ben Hill | 9103 | 107 | 2 | 179 | 0 | 288 | 29 | 2 | 31 | 0 | 62 | 20 | 0 | 12 | 0 | 32 |
| Berrien | 10402 | 420 | 22 | 283 | 0 | 725 | 46 | 1 | 24 | 0 | 71 | 23 | 2 | 32 | 0 | 57 |
| Bibb | 103808 | 1423 | 96 | 518 | 4 | 2041 | 236 | 11 | 112 | 0 | 359 | 175 | 12 | 69 | 0 | 256 |
| Bleckley | 7519 | 282 | 11 | 215 | 0 | 508 | 25 | 2 | 8 | 0 | 35 | 12 | 1 | 6 | 0 | 19 |
| Brantley | 12031 | 137 | 1 | 89 | 0 | 227 | 65 | 1 | 27 | 0 | 93 | 30 | 0 | 16 | 0 | 46 |
| Brooks | 0 | 333 | 5 | 159 | 0 | 497 | 27 | 1 | 6 | 1 | 35 | 18 | 4 | 16 | 0 | 38 |
| Bryan | 30205 | 242 | 8 | 258 | 6 | 514 | 74 | 7 | 73 | 8 | 162 | 47 | 2 | 59 | 2 | 110 |
| Bulloch | 44100 | 998 | 60 | 569 | 1 | 1628 | 109 | 0 | 48 | 0 | 157 | 76 | 5 | 58 | 0 | 139 |
| Burke | 15963 | 166 | 6 | 76 | 0 | 248 | 39 | 2 | 11 | 0 | 52 | 11 | 1 | 7 | 0 | 19 |
| Butts | 18378 | 190 | 20 | 379 | 0 | 589 | 50 | 5 | 67 | 0 | 122 | 40 | 3 | 70 | 0 | 113 |
| Calhoun | 2931 | 90 | 9 | 35 | 0 | 134 | 7 | 0 | 4 | 0 | 11 | 4 | 1 | 8 | 0 | 13 |
| Camden | 34672 | 227 | 14 | 279 | 0 | 520 | 137 | 4 | 122 | 0 | 263 | 86 | 8 | 120 | 0 | 214 |
| Candler | 6308 | 81 | 2 | 104 | 0 | 187 | 11 | 0 | 9 | 0 | 20 | 9 | 1 | 13 | 0 | 23 |
| Carroll | 82192 | 1753 | 61 | 826 | 1 | 2641 | 394 | 6 | 128 | 1 | 529 | 361 | 5 | 177 | 0 | 543 |
| Catoosa | 44785 | 1134 | 62 | 980 | 3 | 2179 | 209 | 10 | 140 | 0 | 359 | 106 | 5 | 83 | 0 | 194 |
| Charlton | 6362 | 128 | 0 | 2 | 0 | 130 | 42 | 1 | 0 | 0 | 43 | 40 | 0 | 0 | 0 | 40 |
| Chatham | 196554 | 1370 | 103 | 685 | 1 | 2159 | 529 | 37 | 216 | 2 | 784 | 331 | 29 | 149 | 0 | 509 |
| Chattahoochee | 0 | 13 | 0 | 7 | 0 | 20 | 6 | 0 | 7 | 0 | 13 | 2 | 1 | 3 | 0 | 6 |
| Chattooga | 13975 | 396 | 10 | 196 | 0 | 602 | 73 | 1 | 38 | 0 | 112 | 31 | 0 | 21 | 0 | 52 |
| Cherokee | 188333 | 2738 | 266 | 2206 | 4 | 5214 | 1583 | 82 | 827 | 1 | 2493 | 1215 | 57 | 848 | 3 | 2123 |
| Clarke | 71350 | 1003 | 92 | 909 | 0 | 2004 | 172 | 14 | 115 | 2 | 303 | 217 | 15 | 179 | 1 | 412 |
| Clay | 1987 | 20 | 2 | 29 | 0 | 51 | 6 | 0 | 4 | 0 | 10 | 3 | 0 | 10 | 0 | 13 |
| Clayton | 174929 | 261 | 33 | 269 | 0 | 563 | 106 | 7 | 85 | 0 | 198 | 112 | 3 | 75 | 1 | 191 |
| Clinch | 4147 | 102 | 2 | 79 | 1 | 184 | 10 | 0 | 4 | 0 | 14 | 10 | 3 | 8 | 0 | 21 |
| Cobb | 504963 | 5679 | 794 | 3505 | 7 | 9985 | 2484 | 182 | 1088 | 2 | 3756 | 2735 | 220 | 1510 | 3 | 4468 |
| Coffee | 23409 | 376 | 2 | 220 | 0 | 598 | 49 | 4 | 28 | 0 | 81 | 22 | 0 | 15 | 0 | 37 |
| Colquitt | 24560 | 935 | 24 | 395 | 0 | 1354 | 62 | 7 | 43 | 0 | 112 | 42 | 1 | 21 | 0 | 64 |
| Columbia | 105262 | 1003 | 65 | 613 | 2 | 1683 | 511 | 29 | 219 | 0 | 759 | 366 | 26 | 232 | 0 | 624 |
| Cook | 9912 | 319 | 25 | 211 | 0 | 555 | 25 | 2 | 15 | 0 | 42 | 21 | 0 | 10 | 0 | 31 |
| Coweta | 101997 | 2250 | 122 | 1447 | 2 | 3821 | 801 | 19 | 307 | 0 | 1127 | 419 | 20 | 306 | 0 | 745 |
| Crawford | 8375 | 182 | 23 | 118 | 0 | 323 | 62 | 1 | 21 | 0 | 84 | 20 | 0 | 14 | 0 | 34 |
| Crisp | 12297 | 343 | 19 | 304 | 0 | 666 | 20 | 1 | 22 | 0 | 43 | 15 | 1 | 9 | 0 | 25 |
| Dade | 10822 | 253 | 9 | 170 | 0 | 432 | 91 | 2 | 48 | 0 | 141 | 60 | 1 | 22 | 0 | 83 |
| Dawson | 21770 | 431 | 51 | 501 | 0 | 983 | 193 | 7 | 108 | 1 | 309 | 127 | 8 | 108 | 0 | 243 |
| Decatur | 16060 | 444 | 12 | 239 | 1 | 696 | 30 | 0 | 15 | 0 | 45 | 20 | 1 | 9 | 0 | 30 |
| DeKalb | 501756 | 3007 | 329 | 2076 | 4 | 5416 | 885 | 58 | 499 | 1 | 1443 | 1094 | 79 | 718 | 4 | 1895 |
| Dodge | 0 | 360 | 21 | 232 | 1 | 614 | 39 | 1 | 16 | 0 | 56 | 18 | 1 | 7 | 0 | 26 |
| Dooly | 5808 | 191 | 18 | 97 | 0 | 306 | 12 | 0 | 3 | 0 | 15 | 6 | 0 | 4 | 0 | 10 |
| Dougherty | 59434 | 402 | 18 | 140 | 1 | 561 | 81 | 3 | 22 | 0 | 106 | 70 | 2 | 21 | 0 | 93 |
| Douglas | 95697 | 525 | 53 | 571 | 0 | 1149 | 286 | 16 | 191 | 0 | 493 | 211 | 18 | 180 | 0 | 409 |
| Early | 7037 | 230 | 7 | 104 | 0 | 341 | 10 | 0 | 10 | 0 | 20 | 48 | 1 | 62 | 1 | 112 |
| Echols | 1417 | 118 | 4 | 109 | 0 | 231 | 5 | 1 | 5 | 0 | 11 | 3 | 0 | 3 | 0 | 6 |
| Effingham | 44358 | 653 | 37 | 331 | 2 | 1023 | 207 | 8 | 51 | 0 | 266 | 86 | 3 | 53 | 1 | 143 |
| Elbert | 12311 | 255 | 11 | 190 | 0 | 456 | 42 | 0 | 18 | 0 | 60 | 38 | 0 | 23 | 0 | 61 |
| Emanuel | 13694 | 314 | 10 | 160 | 0 | 484 | 48 | 0 | 8 | 1 | 57 | 32 | 3 | 14 | 1 | 50 |
| Evans | 6089 | 98 | 20 | 121 | 0 | 239 | 13 | 0 | 10 | 0 | 23 | 11 | 1 | 3 | 0 | 15 |
| Fannin | 19904 | 399 | 47 | 193 | 0 | 639 | 123 | 6 | 55 | 0 | 184 | 77 | 11 | 54 | 0 | 142 |
| Fayette | 0 | 1438 | 90 | 1299 | 1 | 2828 | 507 | 20 | 357 | 0 | 884 | 443 | 15 | 347 | 1 | 806 |
| Floyd | 59297 | 800 | 53 | 443 | 6 | 1302 | 308 | 12 | 121 | 1 | 442 | 197 | 11 | 119 | 2 | 329 |
| Forsyth | 159964 | 1927 | 200 | 2220 | 1 | 4348 | 1231 | 36 | 951 | 0 | 2218 | 726 | 45 | 828 | 1 | 1600 |
| Franklin | 15088 | 553 | 24 | 299 | 0 | 876 | 119 | 3 | 51 | 0 | 173 | 55 | 1 | 26 | 0 | 82 |

| County | Registered Voters | Gary W. Black | | | | | Josh Clark | | | | | Kelvin King | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Election Day Votes | Absentee by Mail Votes | Advanced Voting Votes | Provisional Votes | Total Votes | Election Day Votes | Absentee by Mail Votes | Advanced Voting Votes | Provisional Votes | Total Votes | Election Day Votes | Absentee by Mail Votes | Advanced Voting Votes | Provisional Votes | Total Votes |
| Fulton | 737975 | 4037 | 301 | 4503 | 14 | 8855 | 1465 | 71 | 1164 | 9 | 2709 | 1559 | 88 | 1752 | 3 | 3402 |
| Gilmer | 22137 | 588 | 25 | 403 | 1 | 1017 | 149 | 10 | 104 | 0 | 263 | 136 | 5 | 157 | 0 | 298 |
| Glascock | 1976 | 43 | 9 | 40 | 0 | 92 | 7 | 0 | 6 | 0 | 13 | 21 | 0 | 0 | 0 | 21 |
| Glynn | 58812 | 432 | 30 | 456 | 0 | 918 | 255 | 10 | 216 | 0 | 481 | 137 | 11 | 160 | 0 | 308 |
| Gordon | 36148 | 836 | 30 | 392 | 1 | 1259 | 172 | 9 | 77 | 0 | 258 | 146 | 5 | 66 | 1 | 218 |
| Grady | 14594 | 283 | 9 | 161 | 0 | 453 | 86 | 3 | 37 | 0 | 126 | 25 | 2 | 27 | 0 | 54 |
| Greene | 14545 | 216 | 9 | 286 | 0 | 511 | 53 | 6 | 36 | 0 | 95 | 121 | 13 | 235 | 0 | 369 |
| Gwinnett | 561933 | 4043 | 352 | 2974 | 4 | 7373 | 3935 | 126 | 2090 | 4 | 6155 | 1668 | 82 | 1074 | 2 | 2826 |
| Habersham | 28093 | 829 | 88 | 1020 | 0 | 1937 | 187 | 9 | 90 | 0 | 286 | 158 | 16 | 177 | 0 | 351 |
| Hall | 129311 | 2330 | 279 | 1834 | 1 | 4444 | 1473 | 63 | 876 | 1 | 2413 | 619 | 42 | 592 | 0 | 1253 |
| Hancock | 5706 | 45 | 1 | 29 | 0 | 75 | 5 | 0 | 6 | 0 | 11 | 10 | 0 | 9 | 0 | 19 |
| Haralson | 20701 | 520 | 24 | 198 | 0 | 742 | 118 | 8 | 44 | 0 | 170 | 177 | 8 | 89 | 0 | 274 |
| Harris | 25494 | 362 | 26 | 156 | 0 | 544 | 108 | 7 | 43 | 0 | 158 | 118 | 4 | 46 | 0 | 168 |
| Hart | 16985 | 402 | 15 | 276 | 0 | 693 | 83 | 4 | 53 | 0 | 140 | 65 | 4 | 57 | 0 | 126 |
| Heard | 7502 | 339 | 48 | 116 | 0 | 503 | 54 | 4 | 18 | 0 | 76 | 27 | 1 | 9 | 0 | 37 |
| Henry | 166578 | 984 | 87 | 1147 | 0 | 2218 | 402 | 25 | 381 | 1 | 809 | 283 | 20 | 278 | 0 | 581 |
| Houston | 105544 | 906 | 72 | 1031 | 3 | 2012 | 309 | 11 | 226 | 0 | 546 | 172 | 19 | 191 | 0 | 382 |
| Irwin | 5855 | 198 | 10 | 138 | 0 | 346 | 33 | 0 | 14 | 1 | 48 | 6 | 0 | 13 | 0 | 19 |
| Jackson | 53627 | 1620 | 128 | 1744 | 2 | 3494 | 425 | 13 | 228 | 1 | 667 | 194 | 9 | 209 | 0 | 412 |
| Jasper | 10585 | 251 | 24 | 236 | 1 | 512 | 45 | 0 | 37 | 0 | 82 | 50 | 2 | 26 | 0 | 78 |
| Jeff Davis | 8325 | 185 | 3 | 97 | 0 | 285 | 34 | 0 | 16 | 0 | 50 | 20 | 0 | 8 | 0 | 28 |
| Jefferson | 10904 | 156 | 13 | 67 | 0 | 236 | 17 | 1 | 8 | 0 | 26 | 15 | 0 | 2 | 0 | 17 |
| Jenkins | 4986 | 87 | 5 | 62 | 0 | 154 | 13 | 0 | 2 | 0 | 15 | 4 | 0 | 10 | 0 | 14 |
| Johnson | 5436 | 62 | 4 | 55 | 0 | 121 | 11 | 1 | 5 | 0 | 17 | 2 | 0 | 2 | 0 | 4 |
| Jones | 20167 | 288 | 13 | 199 | 0 | 500 | 52 | 7 | 36 | 0 | 95 | 59 | 4 | 56 | 1 | 120 |
| Lamar | 12877 | 304 | 12 | 191 | 1 | 508 | 59 | 3 | 32 | 0 | 94 | 36 | 3 | 34 | 0 | 73 |
| Lanier | 5548 | 130 | 5 | 130 | 0 | 265 | 15 | 1 | 18 | 0 | 34 | 11 | 0 | 13 | 0 | 24 |
| Laurens | 33490 | 568 | 33 | 302 | 0 | 903 | 56 | 3 | 26 | 0 | 85 | 39 | 1 | 24 | 0 | 64 |
| Lee | 22453 | 426 | 16 | 245 | 1 | 688 | 103 | 2 | 40 | 0 | 145 | 57 | 0 | 25 | 0 | 82 |
| Liberty | 34364 | 125 | 12 | 96 | 1 | 234 | 40 | 4 | 43 | 0 | 87 | 48 | 5 | 49 | 0 | 102 |
| Lincoln | 6042 | 91 | 4 | 56 | 3 | 154 | 14 | 0 | 9 | 0 | 23 | 9 | 0 | 11 | 0 | 20 |
| Long | 9488 | 96 | 1 | 83 | 0 | 180 | 29 | 0 | 21 | 0 | 50 | 21 | 0 | 14 | 0 | 35 |
| Lowndes | 70808 | 1146 | 31 | 909 | 7 | 2093 | 122 | 0 | 90 | 0 | 212 | 88 | 3 | 73 | 0 | 164 |
| Lumpkin | 22085 | 399 | 28 | 387 | 1 | 815 | 160 | 9 | 151 | 1 | 321 | 161 | 8 | 179 | 0 | 348 |
| Macon | 6786 | 55 | 2 | 64 | 0 | 121 | 9 | 2 | 2 | 0 | 13 | 5 | 1 | 14 | 0 | 20 |
| Madison | 20681 | 759 | 48 | 499 | 3 | 1309 | 109 | 4 | 47 | 1 | 161 | 111 | 3 | 72 | 0 | 186 |
| Marion | 4781 | 90 | 7 | 67 | 0 | 164 | 18 | 0 | 12 | 0 | 30 | 9 | 4 | 8 | 0 | 21 |
| McDuffie | 14878 | 137 | 22 | 159 | 0 | 318 | 64 | 9 | 21 | 0 | 94 | 24 | 5 | 17 | 0 | 46 |
| McIntosh | 9 | 83 | 16 | 112 | 0 | 211 | 34 | 4 | 44 | 0 | 82 | 18 | 0 | 18 | 0 | 36 |
| Meriwether | 15259 | 382 | 17 | 165 | 0 | 564 | 70 | 3 | 25 | 0 | 98 | 51 | 1 | 22 | 0 | 74 |
| Miller | 3709 | 161 | 11 | 83 | 0 | 255 | 16 | 2 | 3 | 0 | 21 | 8 | 1 | 2 | 0 | 11 |
| Mitchell | 13125 | 416 | 51 | 310 | 0 | 777 | 36 | 1 | 20 | 1 | 58 | 20 | 0 | 7 | 0 | 27 |
| Monroe | 20860 | 509 | 12 | 296 | 1 | 818 | 99 | 6 | 40 | 0 | 145 | 59 | 5 | 47 | 0 | 111 |
| Montgomery | 5318 | 178 | 0 | 84 | 0 | 262 | 27 | 2 | 7 | 0 | 36 | 12 | 0 | 7 | 0 | 19 |
| Morgan | 14937 | 578 | 22 | 470 | 1 | 1071 | 76 | 6 | 31 | 0 | 113 | 74 | 1 | 103 | 0 | 178 |
| Murray | 22398 | 404 | 5 | 191 | 0 | 600 | 140 | 6 | 58 | 0 | 204 | 63 | 5 | 35 | 0 | 103 |
| Muscogee | 119249 | 538 | 67 | 358 | 0 | 963 | 310 | 29 | 137 | 0 | 476 | 156 | 13 | 109 | 0 | 278 |
| Newton | 78636 | 844 | 69 | 390 | 3 | 1306 | 274 | 15 | 127 | 0 | 416 | 209 | 11 | 101 | 0 | 321 |
| Oconee | 29155 | 1146 | 84 | 996 | 0 | 2226 | 167 | 14 | 95 | 0 | 276 | 194 | 8 | 137 | 0 | 339 |
| Oglethorpe | 10762 | 335 | 42 | 290 | 0 | 667 | 37 | 6 | 29 | 0 | 72 | 45 | 0 | 49 | 0 | 94 |
| Paulding | 115249 | 1046 | 131 | 1099 | 0 | 2276 | 434 | 31 | 390 | 3 | 858 | 379 | 26 | 352 | 0 | 757 |
| Peach | 18061 | 188 | 11 | 201 | 1 | 401 | 45 | 7 | 39 | 0 | 91 | 19 | 3 | 28 | 0 | 50 |
| Pickens | 23740 | 665 | 40 | 413 | 0 | 1118 | 254 | 4 | 109 | 0 | 367 | 149 | 4 | 86 | 0 | 239 |
| Pierce | 12247 | 137 | 9 | 197 | 0 | 343 | 30 | 4 | 26 | 1 | 61 | 31 | 1 | 20 | 0 | 52 |
| Pike | 14038 | 371 | 11 | 249 | 2 | 633 | 109 | 4 | 37 | 0 | 150 | 90 | 1 | 61 | 0 | 152 |
| Polk | 0 | 366 | 20 | 380 | 4 | 770 | 106 | 6 | 87 | 2 | 201 | 90 | 3 | 78 | 1 | 172 |
| Pulaski | 0 | 108 | 6 | 126 | 0 | 240 | 20 | 2 | 7 | 0 | 29 | 10 | 0 | 8 | 0 | 18 |
| Putnam | 16007 | 327 | 29 | 264 | 1 | 621 | 50 | 4 | 34 | 1 | 89 | 49 | 3 | 42 | 0 | 94 |
| Quitman | 1490 | 16 | 0 | 16 | 0 | 32 | 7 | 0 | 4 | 0 | 11 | 5 | 1 | 8 | 0 | 14 |
| Rabun | 12174 | 243 | 48 | 303 | 0 | 594 | 86 | 10 | 74 | 0 | 170 | 69 | 7 | 64 | 0 | 140 |

| County | Registered Voters | Gary W. Black | | | | | Josh Clark | | | | | Kelvin King | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Election Day Votes | Absentee by Mail Votes | Advanced Voting Votes | Provisional Votes | Total Votes | Election Day Votes | Absentee by Mail Votes | Advanced Voting Votes | Provisional Votes | Total Votes | Election Day Votes | Absentee by Mail Votes | Advanced Voting Votes | Provisional Votes | Total Votes |
| Randolph | 4206 | 117 | 4 | 88 | 0 | 209 | 5 | 0 | 8 | 0 | 13 | 2 | 0 | 0 | 0 | 2 |
| Richmond | 129231 | 540 | 33 | 238 | 0 | 811 | 314 | 15 | 132 | 0 | 461 | 162 | 8 | 85 | 0 | 255 |
| Rockdale | 60582 | 338 | 32 | 300 | 1 | 671 | 130 | 5 | 87 | 0 | 222 | 86 | 10 | 77 | 0 | 173 |
| Schley | 2878 | 67 | 1 | 74 | 0 | 142 | 14 | 0 | 14 | 0 | 28 | 14 | 0 | 9 | 0 | 23 |
| Screven | 9471 | 291 | 12 | 178 | 0 | 481 | 23 | 1 | 9 | 0 | 33 | 16 | 0 | 11 | 0 | 27 |
| Seminole | 5664 | 218 | 1 | 78 | 0 | 297 | 26 | 0 | 14 | 0 | 40 | 18 | 0 | 12 | 0 | 30 |
| Spalding | 45749 | 663 | 41 | 537 | 0 | 1241 | 178 | 11 | 128 | 0 | 317 | 122 | 3 | 130 | 0 | 255 |
| Stephens | 17684 | 236 | 28 | 403 | 2 | 669 | 68 | 9 | 88 | 0 | 165 | 41 | 8 | 55 | 1 | 105 |
| Stewart | 2734 | 29 | 1 | 30 | 1 | 61 | 1 | 0 | 2 | 0 | 3 | 5 | 0 | 5 | 0 | 10 |
| Sumter | 0 | 302 | 11 | 213 | 0 | 526 | 31 | 0 | 20 | 0 | 51 | 19 | 1 | 30 | 0 | 50 |
| Talbot | 4467 | 44 | 0 | 24 | 0 | 68 | 12 | 1 | 8 | 0 | 21 | 5 | 0 | 3 | 0 | 8 |
| Taliaferro | 0 | 20 | 1 | 16 | 0 | 37 | 11 | 0 | 8 | 0 | 19 | 12 | 0 | 7 | 0 | 19 |
| Tattnall | 11452 | 328 | 13 | 194 | 1 | 536 | 37 | 5 | 24 | 0 | 66 | 19 | 0 | 9 | 0 | 28 |
| Taylor | 5155 | 112 | 3 | 91 | 1 | 207 | 10 | 0 | 9 | 0 | 19 | 10 | 0 | 7 | 0 | 17 |
| Telfair | 5693 | 174 | 4 | 67 | 0 | 245 | 26 | 0 | 8 | 0 | 34 | 27 | 0 | 16 | 0 | 43 |
| Terrell | 6452 | 175 | 11 | 76 | 0 | 262 | 21 | 3 | 2 | 0 | 26 | 10 | 0 | 6 | 0 | 16 |
| Thomas | 29066 | 413 | 20 | 328 | 0 | 761 | 96 | 5 | 68 | 1 | 170 | 48 | 5 | 113 | 0 | 166 |
| Tift | 23628 | 523 | 13 | 334 | 0 | 870 | 75 | 0 | 47 | 0 | 122 | 35 | 0 | 27 | 0 | 62 |
| Toombs | 0 | 257 | 11 | 224 | 1 | 493 | 48 | 5 | 33 | 0 | 86 | 19 | 0 | 19 | 0 | 38 |
| Towns | 11165 | 104 | 24 | 222 | 0 | 350 | 63 | 8 | 62 | 0 | 133 | 53 | 4 | 64 | 0 | 121 |
| Treutlen | 4091 | 73 | 7 | 78 | 0 | 158 | 15 | 0 | 7 | 0 | 22 | 7 | 0 | 8 | 0 | 15 |
| Troup | 42702 | 644 | 22 | 289 | 0 | 955 | 174 | 2 | 50 | 1 | 227 | 106 | 7 | 52 | 0 | 165 |
| Turner | 5470 | 134 | 3 | 124 | 2 | 263 | 12 | 0 | 10 | 0 | 22 | 5 | 0 | 4 | 0 | 9 |
| Twiggs | 5944 | 109 | 4 | 47 | 0 | 160 | 18 | 2 | 5 | 0 | 25 | 15 | 1 | 4 | 0 | 20 |
| Union | 19889 | 507 | 27 | 482 | 0 | 1016 | 180 | 5 | 123 | 0 | 308 | 160 | 9 | 186 | 0 | 355 |
| Upson | 17944 | 293 | 27 | 339 | 1 | 660 | 55 | 1 | 31 | 0 | 87 | 39 | 3 | 44 | 0 | 86 |
| Walker | 42506 | 981 | 82 | 552 | 1 | 1616 | 252 | 8 | 92 | 0 | 352 | 114 | 6 | 93 | 0 | 213 |
| Walton | 70149 | 1261 | 95 | 912 | 1 | 2269 | 448 | 19 | 251 | 0 | 718 | 240 | 12 | 193 | 0 | 445 |
| Ware | 19532 | 253 | 6 | 130 | 1 | 390 | 47 | 4 | 27 | 0 | 78 | 42 | 1 | 35 | 0 | 78 |
| Warren | 3723 | 30 | 3 | 37 | 1 | 71 | 10 | 0 | 4 | 0 | 14 | 7 | 0 | 4 | 0 | 11 |
| Washington | 12659 | 118 | 8 | 70 | 0 | 196 | 10 | 0 | 4 | 0 | 14 | 1 | 0 | 2 | 0 | 3 |
| Wayne | 17603 | 441 | 28 | 250 | 1 | 720 | 73 | 5 | 39 | 0 | 117 | 47 | 0 | 17 | 0 | 64 |
| Webster | 0 | 54 | 5 | 42 | 0 | 101 | 5 | 0 | 2 | 0 | 7 | 2 | 0 | 1 | 0 | 3 |
| Wheeler | 2941 | 52 | 2 | 39 | 2 | 95 | 25 | 0 | 3 | 0 | 28 | 6 | 0 | 4 | 0 | 10 |
| White | 20616 | 780 | 59 | 490 | 1 | 1330 | 144 | 7 | 65 | 0 | 216 | 174 | 5 | 115 | 0 | 294 |
| Whitfield | 53887 | 929 | 29 | 312 | 1 | 1271 | 241 | 6 | 74 | 1 | 322 | 177 | 5 | 77 | 0 | 259 |
| Wilcox | 4020 | 191 | 1 | 84 | 0 | 276 | 10 | 1 | 4 | 0 | 15 | 3 | 0 | 3 | 0 | 6 |
| Wilkes | 6635 | 150 | 7 | 113 | 0 | 270 | 12 | 0 | 8 | 0 | 20 | 22 | 0 | 11 | 0 | 33 |
| Wilkinson | 0 | 143 | 6 | 35 | 0 | 184 | 24 | 0 | 8 | 0 | 32 | 12 | 1 | 1 | 0 | 14 |
| Worth | 13378 | 397 | 16 | 125 | 0 | 538 | 49 | 0 | 22 | 0 | 71 | 19 | 1 | 9 | 0 | 29 |
| Total: | 6738762 | 86499 | 6434 | 64308 | 129 | 157370 | 29030 | 1385 | 16227 | 51 | 46693 | 20751 | 1202 | 15944 | 33 | 37930 |

Header above:

Table:

| County | Jonathan ""Jon"" McColumn | | | | | Latham Saddler | | | | | Herschel Junior Walker | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Election Day Votes | Absentee by Mail Votes | Advanced Voting Votes | Provisional Votes | Total Votes | Election Day Votes | Absentee by Mail Votes | Advanced Voting Votes | Provisional Votes | Total Votes | Election Day Votes | Absentee by Mail Votes | Advanced Voting Votes | Provisional Votes | Total Votes | |
| Appling | 34 | 1 | 10 | 0 | 45 | 39 | 2 | 15 | 0 | 56 | 1942 | 85 | 852 | 0 | 2879 | 3703 |
| Atkinson | 13 | 0 | 5 | 0 | 18 | 6 | 1 | 5 | 0 | 12 | 504 | 8 | 220 | 0 | 732 | 976 |
| Bacon | 24 | 3 | 28 | 0 | 55 | 19 | 1 | 20 | 0 | 40 | 719 | 42 | 973 | 1 | 1735 | 2312 |
| Baker | 4 | 0 | 3 | 0 | 7 | 5 | 0 | 0 | 0 | 5 | 177 | 14 | 79 | 1 | 271 | 474 |
| Baldwin | 32 | 0 | 30 | 0 | 62 | 64 | 2 | 68 | 0 | 134 | 2054 | 109 | 1616 | 0 | 3779 | 4756 |
| Banks | 26 | 5 | 14 | 0 | 45 | 123 | 7 | 57 | 0 | 187 | 1179 | 56 | 954 | 1 | 2190 | 3715 |
| Barrow | 151 | 8 | 79 | 0 | 238 | 818 | 34 | 369 | 0 | 1221 | 4337 | 202 | 2786 | 2 | 7327 | 11483 |
| Bartow | 288 | 8 | 113 | 1 | 410 | 1207 | 53 | 473 | 0 | 1733 | 7461 | 260 | 3407 | 11 | 11139 | 16057 |
| Ben Hill | 12 | 0 | 10 | 0 | 22 | 12 | 2 | 15 | 0 | 29 | 613 | 20 | 801 | 2 | 1436 | 1869 |
| Berrien | 29 | 2 | 22 | 0 | 53 | 34 | 4 | 32 | 0 | 70 | 1402 | 68 | 834 | 0 | 2304 | 3280 |
| Bibb | 173 | 5 | 50 | 0 | 228 | 348 | 33 | 124 | 0 | 505 | 7504 | 375 | 2124 | 11 | 10014 | 13403 |
| Bleckley | 18 | 1 | 10 | 0 | 29 | 19 | 0 | 13 | 0 | 32 | 1125 | 47 | 741 | 1 | 1914 | 2537 |
| Brantley | 40 | 0 | 18 | 0 | 58 | 37 | 0 | 16 | 0 | 53 | 1645 | 29 | 933 | 0 | 2607 | 3084 |
| Brooks | 18 | 0 | 4 | 0 | 22 | 32 | 1 | 11 | 1 | 45 | 935 | 16 | 405 | 11 | 1367 | 2004 |
| Bryan | 84 | 1 | 56 | 2 | 143 | 106 | 7 | 119 | 1 | 233 | 2605 | 61 | 2169 | 48 | 4883 | 6045 |
| Bulloch | 110 | 2 | 52 | 0 | 164 | 116 | 7 | 63 | 0 | 186 | 4496 | 151 | 2061 | 3 | 6711 | 8985 |
| Burke | 26 | 1 | 9 | 0 | 36 | 33 | 2 | 19 | 0 | 54 | 1500 | 55 | 583 | 3 | 2141 | 2550 |
| Butts | 40 | 0 | 44 | 0 | 84 | 133 | 11 | 203 | 0 | 347 | 1106 | 76 | 1800 | 2 | 2984 | 4239 |
| Calhoun | 4 | 0 | 2 | 0 | 6 | 4 | 0 | 3 | 0 | 7 | 181 | 4 | 92 | 0 | 277 | 448 |
| Camden | 105 | 7 | 82 | 0 | 194 | 90 | 7 | 70 | 0 | 167 | 2845 | 100 | 2241 | 4 | 5190 | 6548 |
| Candler | 7 | 0 | 6 | 0 | 13 | 10 | 2 | 17 | 0 | 29 | 486 | 17 | 565 | 1 | 1069 | 1341 |
| Carroll | 289 | 6 | 91 | 0 | 386 | 1255 | 24 | 447 | 1 | 1727 | 8375 | 176 | 3705 | 2 | 12258 | 18084 |
| Catoosa | 104 | 10 | 65 | 0 | 179 | 107 | 12 | 77 | 0 | 196 | 4513 | 149 | 3349 | 10 | 8021 | 11128 |
| Charlton | 36 | 0 | 0 | 0 | 36 | 29 | 2 | 0 | 0 | 31 | 1168 | 13 | 15 | 2 | 1198 | 1478 |
| Chatham | 313 | 17 | 174 | 1 | 505 | 1001 | 76 | 495 | 0 | 1572 | 13793 | 560 | 5560 | 13 | 19926 | 25455 |
| Chattahoochee | 10 | 0 | 7 | 0 | 17 | 5 | 0 | 6 | 0 | 11 | 162 | 2 | 77 | 0 | 241 | 308 |
| Chattooga | 45 | 3 | 28 | 0 | 76 | 99 | 0 | 61 | 0 | 160 | 1563 | 32 | 870 | 0 | 2465 | 3467 |
| Cherokee | 1099 | 45 | 626 | 2 | 1772 | 4025 | 251 | 2135 | 2 | 6413 | 19324 | 1009 | 12335 | 17 | 32685 | 50700 |
| Clarke | 109 | 18 | 73 | 0 | 200 | 685 | 63 | 584 | 0 | 1332 | 2553 | 311 | 1981 | 5 | 4850 | 9101 |
| Clay | 4 | 0 | 3 | 0 | 7 | 7 | 0 | 8 | 0 | 15 | 114 | 4 | 117 | 0 | 235 | 331 |
| Clayton | 82 | 7 | 57 | 1 | 147 | 332 | 27 | 221 | 1 | 581 | 1596 | 144 | 1537 | 3 | 3280 | 4960 |
| Clinch | 3 | 0 | 3 | 0 | 6 | 7 | 0 | 3 | 0 | 10 | 421 | 11 | 180 | 0 | 612 | 847 |
| Cobb | 1984 | 155 | 974 | 7 | 3120 | 8619 | 743 | 3887 | 7 | 13256 | 33824 | 2446 | 19118 | 45 | 55433 | 90018 |
| Coffee | 28 | 0 | 13 | 0 | 41 | 43 | 0 | 17 | 0 | 60 | 2024 | 32 | 1373 | 2 | 3431 | 4248 |
| Colquitt | 43 | 4 | 10 | 0 | 57 | 25 | 1 | 13 | 0 | 39 | 2702 | 79 | 1311 | 4 | 4096 | 5722 |
| Columbia | 317 | 17 | 147 | 0 | 481 | 474 | 40 | 324 | 1 | 839 | 12347 | 423 | 6433 | 6 | 19209 | 23595 |
| Cook | 18 | 0 | 9 | 0 | 27 | 22 | 1 | 8 | 0 | 31 | 1027 | 72 | 673 | 0 | 1772 | 2458 |
| Coweta | 388 | 6 | 176 | 0 | 570 | 2026 | 75 | 847 | 0 | 2948 | 10200 | 375 | 5574 | 2 | 16151 | 25362 |
| Crawford | 24 | 0 | 7 | 1 | 32 | 18 | 3 | 4 | 0 | 25 | 980 | 34 | 539 | 5 | 1558 | 2056 |
| Crisp | 17 | 0 | 6 | 0 | 23 | 11 | 3 | 16 | 0 | 30 | 1075 | 61 | 800 | 0 | 1936 | 2723 |
| Dade | 46 | 0 | 29 | 0 | 75 | 57 | 0 | 25 | 0 | 82 | 1449 | 28 | 778 | 1 | 2256 | 3069 |
| Dawson | 90 | 3 | 60 | 1 | 154 | 314 | 22 | 239 | 0 | 575 | 2152 | 85 | 1963 | 0 | 4200 | 6464 |
| Decatur | 15 | 1 | 14 | 0 | 30 | 108 | 6 | 96 | 0 | 210 | 1351 | 34 | 645 | 3 | 2033 | 3044 |
| DeKalb | 652 | 43 | 313 | 1 | 1009 | 2992 | 229 | 1521 | 2 | 4744 | 8817 | 676 | 5386 | 9 | 14888 | 29395 |
| Dodge | 18 | 0 | 9 | 0 | 27 | 43 | 3 | 25 | 0 | 71 | 1664 | 86 | 845 | 1 | 2596 | 3390 |
| Dooly | 6 | 0 | 0 | 0 | 6 | 9 | 1 | 6 | 0 | 16 | 518 | 8 | 235 | 0 | 761 | 1114 |
| Dougherty | 79 | 1 | 10 | 0 | 90 | 113 | 1 | 28 | 0 | 142 | 2617 | 56 | 498 | 1 | 3172 | 4164 |
| Douglas | 172 | 13 | 95 | 0 | 280 | 749 | 26 | 486 | 1 | 1262 | 3722 | 214 | 3346 | 3 | 7285 | 10878 |
| Early | 15 | 1 | 4 | 0 | 20 | 19 | 0 | 21 | 0 | 40 | 522 | 21 | 344 | 1 | 888 | 1421 |
| Echols | 2 | 0 | 0 | 0 | 2 | 3 | 0 | 0 | 0 | 3 | 174 | 7 | 129 | 0 | 310 | 563 |
| Effingham | 130 | 3 | 51 | 0 | 184 | 163 | 4 | 81 | 0 | 248 | 5141 | 118 | 2300 | 10 | 7569 | 9433 |
| Elbert | 29 | 3 | 14 | 0 | 46 | 52 | 5 | 32 | 0 | 89 | 1506 | 55 | 858 | 8 | 2427 | 3139 |
| Emanuel | 12 | 0 | 7 | 0 | 19 | 42 | 0 | 16 | 1 | 59 | 1824 | 46 | 732 | 7 | 2609 | 3278 |
| Evans | 8 | 0 | 9 | 0 | 17 | 14 | 0 | 10 | 0 | 24 | 516 | 40 | 540 | 1 | 1097 | 1415 |
| Fannin | 91 | 10 | 36 | 0 | 137 | 381 | 17 | 166 | 2 | 566 | 2959 | 183 | 1344 | 6 | 4492 | 6160 |
| Fayette | 288 | 10 | 234 | 1 | 533 | 1466 | 61 | 1013 | 1 | 2541 | 7061 | 311 | 5525 | 11 | 12908 | 20500 |
| Floyd | 256 | 12 | 107 | 0 | 375 | 912 | 31 | 362 | 3 | 1308 | 6601 | 244 | 2919 | 18 | 9782 | 13538 |
| Forsyth | 705 | 33 | 581 | 1 | 1320 | 2209 | 135 | 2082 | 4 | 4430 | 12710 | 629 | 12203 | 33 | 25575 | 39491 |
| Franklin | 28 | 0 | 15 | 0 | 43 | 89 | 5 | 35 | 0 | 129 | 2178 | 83 | 1098 | 1 | 3360 | 4663 |

| County | Jonathan ""Jon"" McColumn ||||| Latham Saddler ||||| Herschel Junior Walker ||||| Total |
| | Election Day Votes | Absentee by Mail Votes | Advanced Voting Votes | Provisional Votes | Total Votes | Election Day Votes | Absentee by Mail Votes | Advanced Voting Votes | Provisional Votes | Total Votes | Election Day Votes | Absentee by Mail Votes | Advanced Voting Votes | Provisional Votes | Total Votes | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fulton | 1011 | 44 | 893 | 1 | 1949 | 6369 | 296 | 5335 | 20 | 12020 | 19049 | 857 | 18149 | 85 | 38140 | 67075 |
| Gilmer | 119 | 8 | 77 | 0 | 204 | 415 | 6 | 207 | 0 | 628 | 3148 | 132 | 2073 | 3 | 5356 | 7766 |
| Glascock | 3 | 0 | 3 | 0 | 6 | 6 | 0 | 2 | 1 | 9 | 382 | 25 | 257 | 0 | 664 | 805 |
| Glynn | 155 | 6 | 187 | 3 | 351 | 239 | 16 | 290 | 0 | 545 | 5416 | 288 | 4720 | 8 | 10432 | 13035 |
| Gordon | 116 | 3 | 48 | 0 | 167 | 569 | 19 | 177 | 0 | 765 | 4386 | 106 | 1698 | 5 | 6195 | 8862 |
| Grady | 41 | 1 | 19 | 0 | 61 | 38 | 1 | 29 | 0 | 68 | 1684 | 38 | 818 | 3 | 2543 | 3305 |
| Greene | 46 | 5 | 43 | 0 | 94 | 229 | 9 | 182 | 0 | 420 | 1569 | 89 | 1506 | 0 | 3164 | 4653 |
| Gwinnett | 1412 | 60 | 779 | 4 | 2255 | 5637 | 341 | 2643 | 4 | 8625 | 25352 | 1097 | 14792 | 29 | 41270 | 68504 |
| Habersham | 55 | 4 | 41 | 0 | 100 | 319 | 15 | 262 | 2 | 598 | 2698 | 206 | 2819 | 0 | 5723 | 8995 |
| Hall | 603 | 33 | 457 | 0 | 1093 | 2246 | 144 | 1255 | 1 | 3646 | 10788 | 769 | 7721 | 2 | 19280 | 32129 |
| Hancock | 5 | 0 | 0 | 0 | 5 | 14 | 2 | 4 | 0 | 20 | 269 | 22 | 153 | 0 | 444 | 574 |
| Haralson | 109 | 4 | 31 | 0 | 144 | 400 | 14 | 111 | 0 | 525 | 2718 | 100 | 1025 | 3 | 3846 | 5701 |
| Harris | 118 | 5 | 29 | 0 | 152 | 232 | 10 | 108 | 0 | 350 | 3729 | 136 | 1305 | 4 | 5174 | 6546 |
| Hart | 35 | 1 | 29 | 0 | 65 | 95 | 7 | 49 | 0 | 151 | 2271 | 88 | 1389 | 0 | 3748 | 4923 |
| Heard | 29 | 2 | 10 | 0 | 41 | 126 | 10 | 36 | 0 | 172 | 869 | 89 | 300 | 1 | 1259 | 2088 |
| Henry | 306 | 8 | 222 | 1 | 537 | 1254 | 57 | 947 | 1 | 2259 | 6536 | 330 | 6422 | 5 | 13293 | 19697 |
| Houston | 214 | 18 | 203 | 0 | 435 | 325 | 16 | 308 | 0 | 649 | 7279 | 397 | 6361 | 13 | 14050 | 18074 |
| Irwin | 8 | 0 | 3 | 0 | 11 | 13 | 0 | 13 | 0 | 26 | 767 | 21 | 443 | 1 | 1232 | 1682 |
| Jackson | 124 | 2 | 69 | 0 | 195 | 626 | 21 | 419 | 1 | 1067 | 4292 | 218 | 3526 | 4 | 8040 | 13875 |
| Jasper | 42 | 0 | 14 | 1 | 57 | 164 | 7 | 94 | 0 | 265 | 1190 | 56 | 696 | 10 | 1952 | 2946 |
| Jeff Davis | 21 | 0 | 3 | 0 | 24 | 11 | 1 | 15 | 0 | 27 | 1190 | 22 | 472 | 0 | 1684 | 2098 |
| Jefferson | 6 | 1 | 2 | 0 | 9 | 4 | 0 | 5 | 0 | 9 | 1080 | 40 | 463 | 1 | 1584 | 1881 |
| Jenkins | 7 | 0 | 1 | 0 | 8 | 7 | 0 | 7 | 0 | 14 | 503 | 19 | 324 | 0 | 846 | 1051 |
| Johnson | 3 | 0 | 1 | 0 | 4 | 7 | 0 | 3 | 0 | 10 | 863 | 30 | 663 | 0 | 1556 | 1712 |
| Jones | 51 | 2 | 21 | 0 | 74 | 64 | 2 | 27 | 1 | 94 | 2252 | 109 | 1306 | 10 | 3677 | 4560 |
| Lamar | 50 | 1 | 26 | 1 | 78 | 219 | 8 | 86 | 0 | 313 | 1402 | 43 | 710 | 1 | 2156 | 3222 |
| Lanier | 18 | 0 | 4 | 0 | 22 | 12 | 0 | 4 | 0 | 16 | 424 | 17 | 377 | 0 | 818 | 1179 |
| Laurens | 37 | 0 | 11 | 0 | 48 | 51 | 3 | 26 | 0 | 80 | 4331 | 164 | 1538 | 3 | 6036 | 7216 |
| Lee | 104 | 0 | 22 | 0 | 126 | 103 | 5 | 47 | 0 | 155 | 3061 | 52 | 1191 | 0 | 4304 | 5500 |
| Liberty | 49 | 1 | 33 | 0 | 83 | 48 | 4 | 38 | 0 | 90 | 1244 | 77 | 988 | 3 | 2312 | 2908 |
| Lincoln | 9 | 1 | 13 | 0 | 23 | 7 | 4 | 18 | 0 | 29 | 988 | 52 | 607 | 12 | 1659 | 1908 |
| Long | 26 | 0 | 11 | 0 | 37 | 16 | 1 | 20 | 0 | 37 | 666 | 12 | 412 | 5 | 1095 | 1434 |
| Lowndes | 79 | 0 | 48 | 1 | 128 | 109 | 2 | 150 | 0 | 261 | 4353 | 130 | 3292 | 27 | 7802 | 10660 |
| Lumpkin | 61 | 0 | 44 | 0 | 105 | 266 | 13 | 227 | 0 | 506 | 1931 | 92 | 1714 | 0 | 3737 | 5832 |
| Macon | 13 | 0 | 8 | 0 | 21 | 5 | 0 | 11 | 0 | 16 | 314 | 7 | 266 | 0 | 587 | 778 |
| Madison | 61 | 2 | 24 | 0 | 87 | 308 | 13 | 87 | 0 | 408 | 2530 | 95 | 1345 | 4 | 3974 | 6125 |
| Marion | 29 | 0 | 10 | 0 | 39 | 8 | 0 | 14 | 0 | 22 | 605 | 9 | 314 | 0 | 928 | 1204 |
| McDuffie | 23 | 4 | 6 | 0 | 33 | 33 | 9 | 26 | 0 | 68 | 1323 | 97 | 1069 | 0 | 2489 | 3048 |
| McIntosh | 22 | 2 | 30 | 0 | 54 | 23 | 6 | 43 | 0 | 72 | 890 | 63 | 1099 | 1 | 2053 | 2508 |
| Meriwether | 53 | 5 | 9 | 0 | 67 | 281 | 6 | 76 | 0 | 363 | 1574 | 64 | 557 | 0 | 2195 | 3361 |
| Miller | 16 | 0 | 0 | 0 | 16 | 9 | 0 | 4 | 0 | 13 | 470 | 20 | 264 | 0 | 754 | 1070 |
| Mitchell | 11 | 1 | 19 | 0 | 31 | 12 | 1 | 11 | 0 | 24 | 1045 | 49 | 586 | 0 | 1680 | 2597 |
| Monroe | 68 | 2 | 28 | 0 | 98 | 140 | 4 | 52 | 0 | 196 | 3299 | 41 | 1526 | 4 | 4870 | 6238 |
| Montgomery | 13 | 0 | 4 | 0 | 17 | 21 | 2 | 14 | 0 | 37 | 811 | 23 | 402 | 1 | 1237 | 1608 |
| Morgan | 45 | 3 | 21 | 0 | 69 | 256 | 6 | 143 | 0 | 405 | 1792 | 53 | 1118 | 1 | 2964 | 4800 |
| Murray | 89 | 0 | 41 | 0 | 130 | 80 | 3 | 38 | 0 | 121 | 3285 | 62 | 1569 | 0 | 4916 | 6074 |
| Muscogee | 232 | 14 | 119 | 0 | 365 | 612 | 65 | 451 | 1 | 1129 | 6514 | 495 | 3186 | 6 | 10201 | 13412 |
| Newton | 203 | 7 | 63 | 0 | 273 | 797 | 42 | 292 | 1 | 1132 | 4524 | 255 | 2065 | 5 | 6849 | 10297 |
| Oconee | 92 | 6 | 69 | 0 | 167 | 808 | 30 | 501 | 0 | 1339 | 3450 | 155 | 2481 | 3 | 6089 | 10436 |
| Oglethorpe | 28 | 1 | 28 | 0 | 57 | 128 | 18 | 91 | 0 | 237 | 1069 | 109 | 852 | 2 | 2032 | 3159 |
| Paulding | 330 | 12 | 279 | 1 | 622 | 1272 | 86 | 954 | 3 | 2315 | 7873 | 481 | 6435 | 12 | 14801 | 21629 |
| Peach | 29 | 0 | 30 | 0 | 59 | 42 | 1 | 55 | 0 | 98 | 1208 | 52 | 1060 | 3 | 2323 | 3022 |
| Pickens | 116 | 4 | 70 | 0 | 190 | 467 | 34 | 233 | 1 | 735 | 2896 | 80 | 1817 | 3 | 4796 | 7445 |
| Pierce | 17 | 1 | 10 | 0 | 28 | 45 | 4 | 39 | 0 | 88 | 1511 | 70 | 1651 | 2 | 3234 | 3806 |
| Pike | 46 | 2 | 28 | 0 | 76 | 284 | 12 | 134 | 0 | 430 | 1870 | 60 | 1161 | 1 | 3092 | 4533 |
| Polk | 112 | 3 | 87 | 4 | 206 | 324 | 16 | 219 | 4 | 563 | 2311 | 115 | 2421 | 28 | 4875 | 6787 |
| Pulaski | 6 | 0 | 6 | 0 | 12 | 10 | 3 | 10 | 0 | 23 | 561 | 26 | 490 | 0 | 1077 | 1399 |
| Putnam | 46 | 0 | 24 | 0 | 70 | 226 | 15 | 142 | 0 | 383 | 1894 | 109 | 1285 | 3 | 3291 | 4548 |
| Quitman | 9 | 0 | 2 | 0 | 11 | 3 | 0 | 1 | 0 | 4 | 125 | 7 | 101 | 0 | 233 | 305 |
| Rabun | 31 | 1 | 42 | 0 | 74 | 143 | 20 | 166 | 0 | 329 | 1166 | 158 | 1342 | 0 | 2666 | 3973 |

| County | Jonathan ""Jon"" McColumn | | | | | Latham Saddler | | | | | Herschel Junior Walker | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Election Day Votes | Absentee by Mail Votes | Advanced Voting Votes | Provisional Votes | Total Votes | Election Day Votes | Absentee by Mail Votes | Advanced Voting Votes | Provisional Votes | Total Votes | Election Day Votes | Absentee by Mail Votes | Advanced Voting Votes | Provisional Votes | Total Votes | |
| Randolph | 6 | 1 | 7 | 0 | 14 | 0 | 0 | 3 | 0 | 3 | 321 | 12 | 141 | 1 | 475 | 716 |
| Richmond | 185 | 8 | 69 | 1 | 263 | 362 | 25 | 150 | 0 | 537 | 7235 | 341 | 2582 | 0 | 10158 | 12485 |
| Rockdale | 79 | 0 | 56 | 0 | 135 | 395 | 24 | 264 | 0 | 683 | 2045 | 150 | 1684 | 1 | 3880 | 5764 |
| Schley | 12 | 1 | 6 | 0 | 19 | 11 | 1 | 6 | 0 | 18 | 401 | 19 | 237 | 0 | 657 | 887 |
| Screven | 13 | 0 | 7 | 1 | 21 | 11 | 1 | 14 | 0 | 26 | 914 | 23 | 525 | 1 | 1463 | 2051 |
| Seminole | 14 | 1 | 6 | 0 | 21 | 15 | 0 | 16 | 0 | 31 | 637 | 19 | 226 | 0 | 882 | 1301 |
| Spalding | 124 | 2 | 77 | 1 | 204 | 605 | 21 | 295 | 1 | 922 | 3385 | 127 | 2445 | 2 | 5959 | 8898 |
| Stephens | 30 | 6 | 45 | 0 | 81 | 54 | 6 | 58 | 0 | 118 | 1124 | 143 | 1754 | 10 | 3031 | 4169 |
| Stewart | 3 | 0 | 4 | 0 | 7 | 7 | 0 | 2 | 0 | 9 | 172 | 6 | 80 | 1 | 259 | 349 |
| Sumter | 25 | 2 | 10 | 0 | 37 | 39 | 1 | 36 | 0 | 76 | 1341 | 45 | 787 | 5 | 2178 | 2918 |
| Talbot | 10 | 0 | 3 | 0 | 13 | 16 | 0 | 8 | 0 | 24 | 369 | 10 | 146 | 0 | 525 | 659 |
| Taliaferro | 0 | 0 | 2 | 0 | 2 | 5 | 0 | 2 | 0 | 7 | 84 | 2 | 44 | 0 | 130 | 214 |
| Tattnall | 26 | 1 | 11 | 0 | 38 | 19 | 1 | 15 | 0 | 35 | 1460 | 53 | 796 | 2 | 2311 | 3014 |
| Taylor | 10 | 0 | 3 | 0 | 13 | 9 | 0 | 4 | 0 | 13 | 504 | 23 | 392 | 1 | 920 | 1189 |
| Telfair | 7 | 0 | 7 | 0 | 14 | 15 | 0 | 8 | 0 | 23 | 713 | 33 | 331 | 0 | 1077 | 1436 |
| Terrell | 11 | 0 | 5 | 0 | 16 | 10 | 0 | 1 | 0 | 11 | 521 | 16 | 181 | 0 | 718 | 1049 |
| Thomas | 71 | 4 | 68 | 0 | 143 | 89 | 2 | 63 | 0 | 154 | 2613 | 84 | 2170 | 6 | 4873 | 6267 |
| Tift | 24 | 3 | 19 | 0 | 46 | 84 | 1 | 74 | 0 | 159 | 2310 | 52 | 1444 | 1 | 3807 | 5066 |
| Toombs | 18 | 2 | 13 | 1 | 34 | 52 | 6 | 51 | 0 | 109 | 1444 | 74 | 1126 | 0 | 2644 | 3404 |
| Towns | 34 | 0 | 42 | 0 | 76 | 140 | 11 | 124 | 0 | 275 | 1021 | 69 | 1297 | 1 | 2388 | 3343 |
| Treutlen | 3 | 0 | 6 | 0 | 9 | 6 | 0 | 0 | 0 | 6 | 485 | 15 | 345 | 0 | 845 | 1055 |
| Troup | 117 | 2 | 43 | 0 | 162 | 527 | 20 | 215 | 1 | 763 | 3648 | 164 | 1688 | 4 | 5504 | 7776 |
| Turner | 7 | 0 | 2 | 0 | 9 | 6 | 0 | 6 | 0 | 12 | 477 | 8 | 371 | 2 | 858 | 1173 |
| Twiggs | 16 | 0 | 4 | 0 | 20 | 15 | 0 | 0 | 0 | 15 | 681 | 21 | 232 | 1 | 935 | 1175 |
| Union | 121 | 7 | 105 | 0 | 233 | 388 | 17 | 230 | 0 | 635 | 2558 | 134 | 2315 | 2 | 5009 | 7556 |
| Upson | 40 | 3 | 32 | 0 | 75 | 199 | 12 | 146 | 0 | 357 | 1351 | 81 | 1379 | 5 | 2816 | 4081 |
| Walker | 146 | 3 | 63 | 0 | 212 | 145 | 11 | 49 | 0 | 205 | 4486 | 222 | 2394 | 3 | 7105 | 9703 |
| Walton | 301 | 10 | 159 | 0 | 470 | 1362 | 48 | 621 | 1 | 2032 | 7506 | 338 | 4569 | 5 | 12418 | 18352 |
| Ware | 37 | 2 | 22 | 0 | 61 | 48 | 5 | 24 | 0 | 77 | 2432 | 119 | 1176 | 3 | 3730 | 4414 |
| Warren | 5 | 0 | 4 | 0 | 9 | 3 | 1 | 6 | 0 | 10 | 321 | 21 | 205 | 0 | 547 | 662 |
| Washington | 3 | 0 | 4 | 0 | 7 | 23 | 1 | 9 | 0 | 33 | 1075 | 48 | 521 | 2 | 1646 | 1899 |
| Wayne | 66 | 3 | 42 | 0 | 111 | 118 | 5 | 75 | 0 | 198 | 2493 | 93 | 1299 | 3 | 3888 | 5098 |
| Webster | 3 | 0 | 1 | 0 | 4 | 3 | 0 | 2 | 0 | 5 | 155 | 17 | 126 | 0 | 298 | 418 |
| Wheeler | 3 | 0 | 2 | 0 | 5 | 2 | 1 | 1 | 0 | 4 | 390 | 24 | 194 | 0 | 608 | 750 |
| White | 71 | 1 | 44 | 0 | 116 | 354 | 9 | 151 | 0 | 514 | 2443 | 130 | 1454 | 7 | 4034 | 6504 |
| Whitfield | 176 | 3 | 62 | 0 | 241 | 222 | 16 | 84 | 0 | 322 | 7079 | 174 | 2069 | 19 | 9341 | 11756 |
| Wilcox | 6 | 0 | 3 | 0 | 9 | 5 | 0 | 1 | 0 | 6 | 635 | 20 | 262 | 0 | 917 | 1229 |
| Wilkes | 6 | 0 | 5 | 0 | 11 | 12 | 0 | 5 | 0 | 17 | 736 | 33 | 390 | 3 | 1162 | 1513 |
| Wilkinson | 16 | 2 | 5 | 0 | 23 | 14 | 0 | 2 | 0 | 16 | 1071 | 25 | 278 | 0 | 1374 | 1643 |
| Worth | 51 | 0 | 22 | 0 | 73 | 41 | 0 | 11 | 0 | 52 | 1772 | 24 | 601 | 2 | 2399 | 3162 |
| Total: | 17501 | 812 | 10248 | 40 | 28601 | 63788 | 3719 | 36892 | 72 | 104471 | 480057 | 22342 | 300419 | 742 | 803560 | 1178625 |