# EXHIBIT G



# May 24, 2022
## General Primary/Special Election

| RESULTS | RESULTS BY COUNTY | MY FAVORITE RACES ★ (0) |

**Official & Complete Results**

 **PSC - DISTRICT 3 - REP**
(VOTE FOR: **1**)

Last updated                                                                                          ★ (0)
📅 Monday, June 6, 2022, 4:56:47 PM   (1 year ago)

**Select County ▾**

### Results

| Party / Candidate | Votes |
|---|---|
| **REP** Fitz Johnson (I) | 1,007,354 |
|  | 100.00% |

|  | Vote Cast | 1,007,354 |

| APPLING | ⌄ |
| ATKINSON | › |
| BACON | › |
| BAKER | › |
| BALDWIN | › |
| BANKS | › |
| BARROW | › |
| BARTOW | › |
| BEN HILL | › |
| BERRIEN | › |
| BIBB |  |
| BLECKLEY | ⟳ 30 / 159 |

| | |
|---|---|
| BRANTLEY | › |
| BROOKS | › |
| BRYAN | › |
| BULLOCH | › |
| BURKE | › |
| BUTTS | › |
| CALHOUN | › |
| CAMDEN | › |
| CANDLER | › |
| CARROLL | › |
| CATOOSA | › |
| CHARLTON | › |
| CHATHAM | › |
| CHATTAHOOCHEE | › |
| CHATTOOGA | › |
| CHEROKEE | › |
| CLARKE | › |
| CLAY | › |

← **Previous Contest:**
PSC - District 2 - Dem

**Next Contest:** →
PSC - District 3 - Dem

## COUNTIES/PRECINCTS REPORTING

Donut | Pie | Bar



COUNTIES COMPLETE **159**/159
PRECINCTS COMPLETE
**2707**/2707

SEE COUNTIES REPORTING

30 / 159

## REPORTS

**Summary CSV**
Comma separated file showing total votes received.

**Detail XLS**
County level details for election results. Contains votes received by choice in each contest for all participating precincts.

**Detail XML**
County level details for election results. Contains votes received by choice in each contest for all participating precincts.

**Detail TXT**
County level details for election results. Contains votes received by choice in each contest for all participating precincts.

© 2023 Copyright: scytl.us