# EXHIBIT H

# GEORGIA SECRETARY OF STATE ROBYN A. CRITTENDEN
GENERAL ELECTION

## Official Results

### U.S. REPRESENTATIVE, DISTRICT 6
11/17/2018 4:27:59 PM EST



Not Participating   Not Reporting   Tie

**RESULTS** | VOTE TYPES

**3**/3
Counties Complete

| Party | Candidate | % | Votes |
|---|---|---|---|
|  | KAREN HANDEL (I) (REP) | 49.49% | 156,875 |
|  | LUCY MCBATH (DEM) | 50.51% | 160,139 |
|  |  |  | 317,014 |

### Counties/Precincts Reporting

- Completely Reported
- Partially Reported
- Not Reporting

100%

| COUNTIES COMPLETE | **159**/159 |
| PRECINCTS COMPLETE | **2634**/2634 |

| Voter Turnout | |
|---|---|
| TOTAL | **61.44%** |
| Ballots Cast | 3,949,905 |
| Registered Voters | 6,428,581 |

Copyright 2018 - www.scytl.com