# EXHIBIT J



# November 8, 2022
## General/Special Election

**RESULTS**  |  **MY FAVORITE RACES ★ (0)**  |  **COUNTIES REPORTING**  |  **TURNOUT**

## ☆ COMMISSIONER OF INSURANCE
(VOTE FOR: **1**)

Last updated  
📅 Monday, November 21, 2022, 3:05:01 PM    (8 months ago)                                     ★ (0)

**Select County ▾**



NOT PARTICIPATING | NOT REPORTING | TIE

### 159/159
Precincts Complete

**Results** | Vote types

| Party / Candidate | Votes |
|---|---|
| ■ John King (I) (Rep) | 2,107,388 |
|  | 54.10% |
| ■ Janice Laws Robinson (Dem) | 1,788,136 |
|  | 45.90% |
|  |  |
| Vote Cast | 3,895,524 |

← Previous Contest:  
Commissioner of Agriculture

Next Contest: →  
State School Superintendent

**COUNTIES/PRECINCTS REPORTING**

Donut | Pie | Bar



COUNTIES COMPLETE  159/159
PRECINCTS COMPLETE
**2722**/2722

SEE COUNTIES REPORTING ➔

**VOTER TURNOUT**

TOTAL                                                                                           57.02%

Ballots Cast                                                                              3,964,926
Registered Voters                                                                    6,953,485

**REPORTS**

Summary CSV
Comma separated file showing total votes received.

Detail XLS
County level details for election results. Contains votes received by choice in each contest for all participating precincts.

Detail XML
County level details for election results. Contains votes received by choice in each contest for all participating precincts.

Detail TXT
County level details for election results. Contains votes received by choice in each contest for all participating precincts.

© 2023 Copyright: scytl.us