IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ALPHA PHI ALPHA FRATERNITY INC. *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>BRAD RAFFENSPERGER, in his official capacity as Secretary of State of Georgia,<br><br>Defendant. | Case No.<br>1:21-cv-5337-SCJ |
| COAKLEY PENDERGRASS *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>BRAD RAFFENSPERGER, in his official capacity as Secretary of State of Georgia, *et al.*,<br><br>Defendants. | Case No.<br>1:21-cv-5339-SCJ |
| ANNIE LOIS GRANT *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>BRAD RAFFENSPERGER, in his official capacity as Secretary of State of Georgia, *et al.*,<br><br>Defendants. | Case No.<br>1:22-cv-122-SCJ |

## UNITED STATES' MOTION TO WITHDRAW MICHAEL E. STEWART AS COUNSEL

Pursuant to Local Rule 83.1(E), the United States respectfully moves to withdraw the appearance of Michael E. Stewart as counsel.  Mr. Stewart will leave the United Stated Department of Justice as of March 13, 2024, for other employment.  Mr. Stewart's withdraw will not delay any proceedings.

The United States will continue to be represented by all other undersigned counsel.  Pursuant to Local Rule 83.1(E)(3), Mr. Stewart and remaining undersigned counsel represent that this withdraw is with consent.

Date: March 11, 2024

                                              Respectfully submitted,

| | |
|---|---|
| RYAN K. BUCHANAN<br>United States Attorney<br>Northern District of Georgia | KRISTEN CLARKE<br>Assistant Attorney General |
| AILEEN BELL HUGHES<br>Georgia Bar No. 375505<br>Assistant U.S. Attorney<br>Office of the United States Attorney<br>600 U.S. Courthouse<br>75 Ted Turner Drive, SW<br>Atlanta, GA 30303<br>Phone: (404) 581-6000<br>Fax: (404) 581-6181 | */s/ Michael E. Stewart*<br>REBECCA J. WERTZ<br>TIMOTHY F. MELLETT<br>DANIEL J. FREEMAN<br>MICHAEL E. STEWART<br>Attorneys, Voting Section<br>Civil Rights Division<br>U.S. Department of Justice<br>4 Constitution Square<br>150 M Street NE<br>Washington, D.C. 20530<br>Phone: (800) 253-3931<br>Fax: (202) 307-3961 |

## CERTIFICATE OF SERVICE

I hereby certify that on March 11, 2024, I electronically filed the foregoing with the clerk of the court using the CM/ECF system, which will send notification of this filing to counsel of record.

/s/ Michael E. Stewart
MICHAEL E. STEWART
Attorney, Voting Section
Civil Rights Division
U.S. Department of Justice
4 Constitution Square
150 M Street NE
Washington, DC 20530
Phone: (800) 253-3931
Fax: (202) 307-3961