# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

October 19, 2026

Clerk - Northern District of Georgia
Richard B. Russell Bldg & US Courthouse
2211 UNITED STATES COURTHOUSE
75 TED TURNER DR SW
ATLANTA, GA 30303-3309

Appeal Number: 23-13914-AA ; 23-13916 -AA ; 23-13921 -AA
Case Style: Alpha Phi Alpha Fraternity, Inc., et al v. Secretary, State of Georgia
District Court Docket No: 1:21-cv-05337-SCJ

The enclosed copy of the judgment is hereby issued as mandate of the court. The court's opinion was previously provided on the date of issuance.

A copy of this letter, and the judgment form if noted above, but not a copy of the court's decision, is also being forwarded to counsel and pro se parties. A copy of the court's decision was previously forwarded to counsel and pro se parties on the date it was issued.

<u>Clerk's Office Phone Numbers</u>

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

Enclosure(s)

MDT-1 Letter Issuing Mandate

In the

# United States Court of Appeals

For the Eleventh Circuit

---

No. 23-13914

---

ALPHA PHI ALPHA FRATERNITY, INC.,
a nonprofit organization on behalf of members residing in Georgia,
SIXTH DISTRICT OF THE AFRICAN
METHODIST EPISCOPAL CHURCH,
a Georgia nonprofit organization,
ERIC T. WOODS,
KENNETH GLENN,
PHIL BROWN, et al.,

*Plaintiffs-Appellees,*

UNITED STATES OF AMERICA,

*Intervenor-Appellee,*

*versus*

SECRETARY, STATE OF GEORGIA,
in his official capacity,

*Defendant-Appellant.*

Appeals from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:21-cv-05337-SCJ

No. 23-13916

COAKLEY PENDERGRASS,
TRIANA ARNOLD JAMES,
ELLIOTT HENNINGTON,
ROBERT RICHARDS,
JENS RUECKERT, et al.,

*Plaintiffs-Appellees,*

*versus*

SECRETARY, STATE OF GEORGIA,

*Defendant-Appellant,*

ACTING CHAIR OF THE STATE ELECTION BOARD, et al.,

*Defendants.*

Appeals from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:21-cv-05339-SCJ

No. 23-13921

ANNIE LOIS GRANT,
QUENTIN T. HOWELL,
ELROY TOLBERT,
THERON BROWN,
TRIANA ARNOLD JAMES, et al.,

*Plaintiffs-Appellees,*

UNITED STATES OF AMERICA,

*Intervenor-Appellee,*

*versus*

SECRETARY, STATE OF GEORGIA,

*Defendant-Appellant,*

SARA TINDALL GHAZAL,
in herofficial capacities as member of the
State Election Board, et al.,

*Defendants.*

Appeals from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:22-cv-00122-SCJ

JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: August 25, 2026

For the Court: DAVID J. SMITH, Clerk of Court

ISSUED AS MANDATE: October 19, 2026